Case 5:10-cv-00141-C  Document 3-1  Filed 09/08/10  Page 1 of 1  PageID 18



# District of Columbia Court of Appeals
### Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____CHARLES J. COOPER_____

was on the    26TH    day of    JANUARY, 1979

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 7, 2010.
>
> JULIO A. CASTILLO
> Clerk of the Court
>
> By: _____
>           Deputy Clerk