UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

```
_____       §
        Plaintiff              §
                               §
                               §
                               §
        v.                     §   Case No. _____
                               §
                               §
                               §
_____       §
        Defendant              §
```

### APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**  Applicant is an attorney and a member of the law firm of (or practices under the name of) _____, with offices at

_____
(Street Address)

_____
(City)                          (State)                  (Zip Code)

_____.
(Telephone No.)

**II.**  Applicant will sign all filings with the name _____.

*OPTIONAL:* Applicant wants this form to serve as applicant's registration for electronic case filing and consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

_____.
(E-mail Address)

**III.**  Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)




to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**     Applicant is a member in good standing of the bar of the highest court of the state of
_____, where Applicant regularly practices law.

Bar license number:_____   Admission date:_____

**Attach to this application an original certificate of good standing issued within the past 90 days from a state or the District of Columbia.**

For Court Use Only.
Bar Status Verified:
_____

**V.**     Applicant has also been admitted to practice before the following courts:

Court:                                   Admission Date:                          Active or Inactive:

**VI.**     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.**     Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.**     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

...
content

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:        Case No. And Style:

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

_____ who has offices at

_____
(Street Address)

_____   _____   _____
(City)                                                                  (State)                    (Zip Code)

_____.
(Telephone No.)

**XI.** Check the appropriate box below.

    For Application in a **Civil Case**

        Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

    For Application in a **Criminal Case**

        Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the _____ day of_____, _____.

_____
Printed Name of Applicant

_____
Signature