IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JAMES D'CRUZ, | ) |
| Plaintiff, | ) |
| v. | ) |
| STEVEN MCCRAW, in his official capacity as Director of the Texas Department of Public Safety; ALLAN B. POLUNSKY, in his official capacity as Chairman of the Texas Public Safety Commission; CARIN MARCY BARTH, in her official capacity as a Member of the Texas Public Safety Commission; ADA BROWN, in her official capacity as a Member of the Texas Public Safety Commission; JOHN STEEN, in his official capacity as a Member of the Texas Public Safety Commission; C. TOM CLOWE, JR., in his official capacity as a Member of the Texas Public Safety Commission, | ) Case No. 5:10-cv-00141-C |
| Defendants. | ) |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court has considered the Application for Admission *Pro Hac Vice* of Charles J. Cooper. It is ORDERED that the application is granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. *See* LR 5.1(f) and LCrR 49.2(g).

Dated September 9, 2010.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT