# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| JAMES D'CRUZ,    Plaintiff, | §<br>§<br>§ |
| v. | § CIVIL ACTION NO. 5:10-cv-00141-C |
| | § |
| STEVEN MCCRAW, et al.,    Defendants. | §<br>§<br>§ |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND ANSWER DEADLINE

TO THE HONORABLE SAM CUMMINGS, U.S. DISTRICT JUDGE:

Defendants Steven McCraw, Allan B. Polunsky, Carin Marcy Barth, Ada Brown, John Steen, and C. Tom Clowe, Jr., (collectively, "the Defendants) move that the deadline to answer or otherwise respond to the Complaint for Declaratory Judgment and Injunctive Relief filed on September 8, 2010 be extended for all Defendants to October 11, 2010.

The undersigned counsel has conferred with plaintiff's counsel, who does not oppose this motion.

    Respectfully submitted,

    GREG ABBOTT
    Texas Attorney General

    DANIEL T. HODGE
    First Assistant Attorney General

    BILL COBB
    Deputy Attorney General for Civil Litigation

    RUTH R. HUGHES
    Director of Defense Litigation

        ROBERT B. O'KEEFE
        Chief, General Litigation Division

        /s/ Drew L. Harris_____
        **DREW L. HARRIS**
        Texas Bar No. 24057887
        **ERIKA KANE**
        Texas Bar No. 24050850
        Assistant Attorneys General
        Texas Attorney General's Office
        General Litigation Division
        P.O. Box 12548, Capitol Station
        Austin, Texas 78711-2548
        (512) 463-2120
        (512) 320-0667 FAX
        drew.harris@oag.state.tx.us

        *ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF CONFERENCE

Counsel for Defendants has conferred with counsel for Plaintiff, Mr. David Thompson, and Plaintiff is unopposed to this motion.

        /s/ Drew L. Harris_____
        **DREW L. HARRIS**

## CERTIFICATE OF SERVICE

      I certify that a copy of the above *Defendants' Unopposed Motion to Extend Answer Deadline* was served by the following manner, on the **27th day of September 2010,** upon the following individuals at the listed addresses:

| | |
|---|---|
| Charles J. Cooper<br>David H. Thompson<br>Jesse Panuccio<br>Cooper & Kirk, PLLC<br>1523 New Hampshire Ave., NW<br>Washington, D.C. 20036 | _____ Via Email:<br>_____ Via Hand Delivery<br>_____ Via Certified Mail Return Receipt Requested<br>__X__ Via Facsimile (202) 220-9601<br>_____ Via Regular Mail |
| Fernando M. Bustos<br>Law Offices of Fernando M. Bustos, P.C.<br>P.O. Box 1980<br>Lubbock, Texas 79408-1980 | _____ Via Email:<br>_____ Via Hand Delivery<br>_____ Via Certified Mail Return Receipt Requested<br>__X__ Via Facsimile (806) 780-3800<br>_____ Via Regular Mail |

                                                           /s/ Drew L. Harris
                                                           **DREW L. HARRIS**
                                                           Assistant Attorney General