**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | | |
|---|---|---|
| **JAMES D'CRUZ,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 5:10-cv-00141-C** |
| | § | |
| **STEVEN MCCRAW, et al.,** | § | |
| Defendants. | § | |

**ORDER GRANTING**
**UNOPPOSED MOTION TO EXTEND ANSWER DEADLINE**

Came on this day Defendants' Unopposed Motion to Extend Answer Deadline, and the Court having read the motions and pleadings on file is of the opinion that the motion is meritorious and should be **GRANTED**.

It is therefore **ORDERED** that the deadline for all Defendants to answer or otherwise respond to the Complaint for Declaratory Judgment and Injunctive Relief filed on September 8, 2010 is extended to October 11, 2010.

Signed this _____ day of _____, 2010.

_____
THE HONORABLE SAM CUMMINGS