UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| JAMES D'CRUZ,<br>    Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. 5:10-cv-00141-C |
| STEVEN MCCRAW, et al.,<br>    Defendants. | § § § | |

## ORDER GRANTING
## UNOPPOSED MOTION TO FURTHER EXTEND ANSWER DEADLINE

Came on this day Defendants' Unopposed Motion to Further Extend Answer Deadline, and the Court having read the motion and pleadings on file is of the opinion that the motion is meritorious and should be **GRANTED**.

It is therefore **ORDERED** that the deadline for all Defendants to answer or otherwise respond to the Complaint for Declaratory Judgment and Injunctive Relief filed on September 8, 2010 is extended to October 25, 2010.

Dated: October 7, 2010.

SAM CUMMINGS
UNITED STATES DISTRICT JUDGE