**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

| | | |
|---|---|---|
| JAMES D'CRUZ; NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 5:10-CV-141-C |
| STEVEN MCCRAW, et al., | § § § | |
| Defendants. | § | |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER THE PLAINTIFFS' AMENDED COMPLAINT**

TO THE HONORABLE SAM CUMMINGS, U.S. DISTRICT JUDGE:

Defendants Steven McCraw, Allan B. Polunsky, Carin Marcy Barth, Ada Brown, John Steen, and C. Tom Clowe, Jr., (collectively, "Defendants") move that the deadline to answer or otherwise respond to Plaintiffs' Amended Complaint For Declaratory Judgment and Injunctive Relief ("Amended Complaint") filed on October 20, 2010 be extended for all Defendants to November 17, 2010.

This is the first request to extend the deadline for the Amended Complaint, and the third request for an extension in this case.  On October 20, 2010, Plaintiff D'Cruz amended his complaint adding, among other changes, the National Rifle Association of America, Inc. as a new party to this action.  The undersigned counsel has conferred with Plaintiffs' counsel, who agreed to a two-week extension to respond to the Amended Complaint.  Plaintiffs' counsel does not oppose this motion.

        Respectfully submitted,

        GREG ABBOTT
        Texas Attorney General

        DANIEL T. HODGE
        First Assistant Attorney General

        BILL COBB
        Deputy Attorney General for Civil Litigation

        RUTH R. HUGHES
        Director of Defense Litigation

        ROBERT B. O'KEEFE
        Chief, General Litigation Division

        /s/ Drew L. Harris
        DREW L. HARRIS
        Texas Bar No. 24057887
        ERIKA KANE
        Texas Bar No. 24050850
        Assistant Attorneys General
        Texas Attorney General's Office
        General Litigation Division
        P.O. Box 12548, Capitol Station
        Austin, Texas 78711-2548
        (512) 463-2120
        (512) 320-0667 FAX
        drew.harris@oag.state.tx.us

        **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

Counsel for Defendants has conferred with counsel for Plaintiffs, Mr. David Thompson, and Plaintiffs are unopposed to this motion.

/s/ Drew L. Harris_____
**DREW L. HARRIS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent *via* ECF on November 1, 2010, to:

Charles J. Cooper                       Fernando M. Bustos
COOPER & KIRK, PLLC                     Law Offices of Fernando M. Bustos, P.C.
1523 New Hampshire Ave., Nw             P.O. Box 1980
Washington, D.C. 20036                  Lubbock, Texas 79408-1980
ccooper@cooperkirk.com                  fbustos@bustoslawfirm.com

/s/ Drew L. Harris_____
DREW L. HARRIS
Assistant Attorney General