UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| JAMES D'CRUZ; NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. <br> Plaintiffs, <br><br> v. <br><br> STEVEN MCCRAW, et al., <br><br> Defendants. | § § § § § § § § § § § | CASE NO. 5:10-CV-141-C |

## ORDER GRANTING UNOPPOSED MOTION TO FURTHER EXTEND DEADLINE TO ANSWER THE PLAINTIFFS' AMENDED COMPLAINT

Came on this day Defendants' Unopposed Motion to Further Extend Deadline to Answer Plaintiffs' Amended Complaint, and the Court having read the motion and pleadings on file is of the opinion that the motion is meritorious and should be **GRANTED**.

It is therefore **ORDERED** that the deadline for all Defendants to answer or otherwise respond to the Amended Complaint for Declaratory Judgment and Injunctive Relief filed on October 20, 2010 is extended to November 24, 2010.

Dated: November 18, 2010.

SAM CUMMINGS
UNITED STATES DISTRICT JUDGE