UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JAMES D'CRUZ, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN MCCRAW, in his official capacity as Director of the Texas Department of Public Safety, ALLAN B. POLUNSKY, in his official capacity as Chairman of the Texas Public Safety Commission, CARIN MARCY BARTH, in her official capacity as a Member of the Texas Public Safety Commission, ADA BROWN, in her official capacity as a Member of the Texas Public Safety Commission, JOHN STEEN, in his official capacity as a Member of the Texas Public Safety Commission, C. TOM CLOWE, JR., in his official capacity as a Member of the Texas Public Safety Commission, <br><br> Defendants. | CASE NO: 5:10-cv-00141-C |

**UNOPPOSED MOTION TO WITHDRAW APPLICATION OF *AMICI CURIAE* BRADY CENTER TO PREVENT GUN VIOLENCE, MOTHERS AGAINST TEEN VIOLENCE, AND TEXAS CHAPTERS OF THE BRADY CAMPAIGN TO PREVENT GUN VIOLENCE TO FILE AN *AMICUS* BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

In light of the fact that defendants have not moved to dismiss Plaintiffs' Amended Complaint and have instead requested additional time to respond to the Amended Complaint, the Brady Center to Prevent Gun Violence, Mothers Against Teen Violence, and Texas Chapters of the Brady Campaign to Prevent Gun Violence, through undersigned counsel, move to withdraw their application for leave to file a brief as *amici curiae*. The Brady Center to Prevent Gun Violence, Mothers Against Teen Violence, and Texas Chapters of the Brady Campaign to Prevent Gun Violence intend to seek leave to file a brief as *amici curiae* at such time that

plaintiffs or defendants file a dispositive motion with the court.

    Counsel for Plaintiffs and Defendants have consented to this motion.

Dated: November 18, 2010        Respectfully submitted,

        /s/ Scott Medlock
Scott Medlock (Texas Bar No. 24044783)
1405 Montopolis Dr.
Austin, TX 78741
Phone: (512) 474-5073
Facsimile: (512) 474-0726
E-mail: smedlock@texascivilrightsproject.org

Adam K. Levin
Tracy L. Hresko
Hogan Lovells US LLP
555 13th Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
E-Mail: adam.levin@hoganlovells.com

Jonathan E. Lowy
Daniel R. Vice
Brady Center to Prevent Gun Violence
Legal Action Project
1225 Eye Street, NW, Suite 1100
Washington, DC 20005

Attorneys for *Amici Curiae*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 18, 2010, I filed this Motion through the Court's CF/ECF system, which will electronically serve this document on both Plaintiffs' and Defendants' attorneys as follows:

Fernando M Bustos
Law Offices of Fernando M. Bustos, P.C.
P.O. Box 1980
Lubbock, TX 79408-1980
fbustos@bustoslawfirm.com

Charles J Cooper
Cooper and Kirk PLLC
1523 New Hampshire Ave NW
Washington, DC 20036
ccooper@cooperkirk.com

Drew L Harris
Office of the Texas Attorney General - Gen Lit Div
300 West 15th St
11th Floor
Austin, TX 78701
drew.harris@oag.state.tx.us

Jesse Panuccio
Cooper and Kirk PLLC
1523 New Hampshire Ave NW
Washington, DC 20036
jpanuccio@cooperkirk.com

David H Thompson
Cooper & Kirk PLLC
1523 New Hampshire Ave NW
Washington, DC 20009
dthompson@cooperkirk.com

                                                               /s/ Scott Medlock
                                          Scott Medlock (Texas Bar No. 24044783)

## CERTIFICATE OF CONFERENCE

I hereby certify that on November 18, 2010, I conferenced with both Plaintiffs' and Defendants' counsel, who both stated that they consent to this motion.

                                                /s/ Scott Medlock
                                     Scott Medlock (Texas Bar No. 24044783)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JAMES D'CRUZ, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., <br><br> Plaintiffs, <br> v. <br><br> STEVEN MCCRAW, in his official capacity as Director of the Texas Department of Public Safety, ALLAN B. POLUNSKY, in his official capacity as Chairman of the Texas Public Safety Commission, CARIN MARCY BARTH, in her official capacity as a Member of the Texas Public Safety Commission, ADA BROWN, in her official capacity as a Member of the Texas Public Safety Commission, JOHN STEEN, in his official capacity as a Member of the Texas Public Safety Commission, C. TOM CLOWE, JR., in his official capacity as a Member of the Texas Public Safety Commission, <br><br> Defendants. | **CASE NO: 5:10-cv-00141-C** |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW APPLICATION OF *AMICI CURIAE* BRADY CENTER TO PREVENT GUN VIOLENCE, MOTHERS AGAINST TEEN VIOLENCE, AND TEXAS CHAPTERS OF THE BRADY CAMPAIGN TO PREVENT GUN VIOLENCE TO FILE AN AMICUS BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

On the Motion to Withdraw Application of *Amici Curiae* Brady Center to Prevent Gun Violence, Mothers Against Teen Violence, and Texas Chapters of the Brady Campaign to Prevent Gun Violence to File an *Amicus* Brief In Support of Defendants' Motion to Dismiss, the Court having read the motion and pleadings on file, the Court is of the opinion that the motion is meritorious and should be **GRANTED**.

It is therefore **ORDERED** that the motion is hereby withdrawn.

Dated: November \_\_\_\_, 2010.

_____
SAM CUMMINGS
UNITED STATES DISTRICT JUDGE