IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JAMES D'CRUZ and NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| STEVEN McCRAW, in his official capacity as Director of the Texas Department of Public Safety, et al., | )<br>)<br>)<br>) |
| Defendants. | )   Civil Action No. 5:10-CV-141-C |

**SCHEDULING ORDER**

The Court establishes the following schedule in this matter:

**December 17, 2010**: Defendants' dispositive motion due;

**January 14, 2011**: Plaintiffs' response to Defendants' dispositive motion due; Plaintiffs' motion for summary judgment due;

**February 14, 2011**: Defendants' reply in support of dispositive motion due; Defendants' response to Plaintiffs' motion for summary judgment due;

**March 11, 2011**: Plaintiffs' reply in support of motion for summary judgment due.

No discovery will proceed at this time; however, the parties may file a motion to modify this order if a need for discovery arises.

Dated November 24, 2010.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE