**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | | |
|---|---|---|
| **JAMES D'CRUZ; NATIONAL RIFLE** § | | |
| **ASSOCIATION OF AMERICA, INC.** § | | |
| *Plaintiffs*, § | | |
| § | | |
| **v.** § | | **CASE NO. 5:10-CV-141-C** |
| § | | |
| **STEVEN MCCRAW, et al.,** § | | |
| *Defendants*. § | | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE SAM CUMMINGS, U.S. DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs hereby dismiss without prejudice Defendants Allan B. Polunsky, Carin Marcy Barth, Ada Brown, John Steen, and C. Tom Clowe, Jr., in their official capacities as Chairman and Members of the Texas Public Safety Commission. Counsel for all the parties have signed this stipulation. Pursuant to Rule 41(a)(1)(A)(ii), these defendants are hereby DISMISSED WITHOUT PREJUDICE.

This Stipulation of Dismissal does not affect the action against Defendant Steven McCraw, in his official capacity as Director of the Texas Department of Public Safety.

Dated: December 2, 2010                     Respectfully submitted,

                                             _s/ Charles J. Cooper_____
                                             Charles J. Cooper*
                                             David H. Thompson*
                                             Jesse Panuccio*
                                             COOPER & KIRK, PLLC
                                             1523 New Hampshire Ave., NW

        Washington, D.C. 20036
        Tel: (202) 220-9600
        Fax: (202) 220-9601
        Email: ccooper@cooperkirk.com

**ATTORNEYS FOR PLAINTIFFS**


GREG ABBOTT
Texas Attorney General
DANIEL T. HODGE
First Assistant Attorney General
BILL COBB
Deputy Attorney General for Civil Litigation
RUTH R. HUGHES
Director of Defense Litigation
ROBERT B. O=KEEFE
Chief, General Litigation Division


/s/ Drew L. Harris_____
Drew L. Harris
Texas Bar No. 24057887
ERIKA KANE
Texas Bar No. 24050850
Assistant Attorneys General
Texas Attorney General=s Office
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX
drew.harris@oag.state.tx.us

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been sent *via* ECF on December 2, 2010, to:

Drew L. Harris
Assistant Attorney General
Office of the Texas Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
drew.harris@oag.state.tx.us

                                               /s/ Charles J. Cooper_____
                                               Charles J. Cooper