IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| JAMES D'CRUZ and NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STEVEN McCRAW, in his official capacity as Director of the Texas Department of Public Safety, | ) ) ) ) | |
| Defendant. | ) | Civil Action No. 5:10-CV-141-C |

### ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal filed December 2, 2010,

IT IS ORDERED that Defendants Allan B. Polunsky, Carin Marcy Barth, Ada Brown, John Steen, and C. Tom Clowe, Jr., in their official capacities as Chairman and Members of the Texas Public Safety Commission, are **DISMISSED** without prejudice.  Plaintiffs' claims against Defendant Steven McCraw, in his official capacity as Director of the Texas Department of Public Safety, remain pending.

Dated December 3, 2010.


SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE