UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| JAMES D'CRUZ; NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. §§§§ *Plaintiffs*, | | |
| v. | § | CASE NO. 5:10-CV-141-C |
| STEVEN MCCRAW, *Defendant*. | §§§§ | |

### DEFENDANT'S EMERGENCY MOTION TO AMEND SCHEDULING ORDER TO PERMIT DISCOVERY AND EXTEND DISPOSITIVE MOTION DEADLINES

TO THE HONORABLE SAM CUMMINGS, U.S. DISTRICT JUDGE:

Defendant Steven McCraw ("McCraw") hereby files this *Emergency Motion to Amend Scheduling Order to Permit Discovery and Extend Dispositive Motion Deadlines*, and in support thereof, would show this Court the following:

The grounds for amending the scheduling order are set out more fully with argument and authorities in ***Defendant's Brief in Support of His Emergency Motion to Amend Scheduling Order to Permit Discovery and Extend Dispositive Motion Deadlines*** filed concurrently.

#### CONCLUSION

Defendant prays that this Court amend the scheduling order as requested, and for such other and further relief to which he shows himself justly entitled.

DATED: December 14, 2010 	Respectfully submitted,

	GREG ABBOTT
	Texas Attorney General

	DANIEL T. HODGE
	First Assistant Attorney General

	BILL COBB
	Deputy Attorney General for Civil Litigation

	DAVID C. MATTAX
	Director of Defense Litigation

	ROBERT B. O'KEEFE
	Chief, General Litigation Division


	/s/ Drew L. Harris
	DREW L. HARRIS
	Texas Bar No. 24057887
	ERIKA KANE
	Texas Bar No. 24050850
	Assistant Attorneys General
	Texas Attorney General's Office
	General Litigation Division
	P.O. Box 12548, Capitol Station
	Austin, Texas 78711-2548
	(512) 463-2120
	(512) 320-0667 FAX
	drew.harris@oag.state.tx.us

	**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

I hereby confirm that I have conferred with David Thompson, counsel for Plaintiffs, on December 13, 2010, and he has indicated that he is opposed to this Motion.

/s/ Drew L. Harris
DREW L. HARRIS
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent *via* ECF on December 14, 2010, to:

| | |
|---|---|
| Charles J. Cooper | Fernando M. Bustos |
| COOPER & KIRK, PLLC | Law Offices of Fernando M. Bustos, P.C. |
| 1523 New Hampshire Ave., Nw | P.O. Box 1980 |
| Washington, D.C. 20036 | Lubbock, Texas 79408-1980 |
| ccooper@cooperkirk.com | fbustos@bustoslawfirm.com |

/s/ Drew L. Harris
DREW L. HARRIS
Assistant Attorney General