UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| JAMES D'CRUZ; NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.<br>*Plaintiffs*, | §<br>§<br>§<br>§ | |
| v. | § | CASE NO. 5:10-CV-00141-C |
| STEVEN MCCRAW,<br>*Defendant*. | §<br>§<br>§ | |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S EMERGENCY MOTION TO AMEND SCHEDULING ORDER TO PERMIT DISCOVERY AND EXTEND DISPOSITIVE MOTION DEADLINES**

TO THE HONORABLE SAM CUMMINGS, UNITED STATES DISTRICT JUDGE:

Plaintiffs James D'Cruz and National Rifle Association of America, Inc. hereby file this Response in opposition to Defendant's Emergency Motion to Amend Scheduling Order to Permit Discovery and Extend Dispositive Motion Deadlines.

The grounds for opposing Defendant's motion are set out with argument and authorities in Plaintiffs' Brief in Support of Their Response in Opposition to Defendant's Emergency Motion to Amend Scheduling Order to Permit Discovery and Extend Dispositive Motion Deadlines.

**CONCLUSION**

Plaintiffs respectfully submit that Defendant's Emergency Motion to Amend Scheduling Order to Permit Discovery and Extend Dispositive Motion Deadlines should be denied. In light of the fact that Defendant's dispositive motion is due on December 17, Plaintiffs are willing to consent to a one-week extension of that deadline until December 24.

1

Dated: December 15, 2010                                  Respectfully submitted,


                                                          s/ Charles J. Cooper
                                                          Charles J. Cooper
                                                          DC Bar No. 248070*
                                                          David H. Thompson
                                                          DC Bar No. 450503*
                                                          Jesse Panuccio
                                                          DC Bar No. 981634*
                                                          COOPER & KIRK, PLLC
                                                          1523 New Hampshire Ave., NW
                                                          Washington, D.C. 20036
                                                          Tel: (202) 220-9600
                                                          Fax: (202) 220-9601
                                                          Email: ccooper@cooperkirk.com

                                                          Fernando M. Bustos
                                                          Texas Bar No. 24001819
                                                          Law Offices of Fernando M. Bustos, PC
                                                          P.O. BOX 1980
                                                          Lubbock, TX 79408-1980
                                                          Tel: (806) 780-3976
                                                          Fax: (806) 780-3800
                                                          Email:  fbustos@bustoslawfirm.com

                                                          *Admitted *pro hac vice*

                                                          **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been sent *via* ECF on December 15, 2010, to:

Drew L. Harris
Assistant Attorney General
Office of the Texas Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
drew.harris@oag.state.tx.us

                                      s/ Charles J. Cooper_____
                                      Charles J. Cooper