Facebook | James A D'Cruz  http://www.facebook.com/james.dcruz1?v=wall

| Search | | Home  Profile  Find Friends  Account |
|---|---|---|



Send James a Message

"The war isnt on the battlefield or with those that fight and die for the idea, but it lays in the minds and sould of the people who must accept the idea in order for it to become a standard".

### Information

Networks:
Texas Tech '14

Relationship Status:
Engaged

Siblings:
Jessica D'Cruz
Jackie Alexis
Tank Xavier
Ryan D'Cruz
Jessica Christine Stephens
Ryan D'Cruz

Hometown:
Lubbock, TX

### Friends

243 friends                    See All

 
Elizabeth   Leslie      Kiel Becker
Sewell      Chastain-
            Sluka

  
Denisha     Leena       Alex
Ford        Al-Souki    Weaver

 
Erik        Pablo Y     Becca
Boomer      Soto        Towne

  
Joshua      Robert      Andi
Collins     Marshall    Paredez Jr.

### Likes

272 likes

---

## James A D'Cruz   [ Add as Friend ]

**Wall    Info**

Filters

### RECENT ACTIVITY

James is now friends with Victoria Lynn Hernandez and 2 other people.



James is now friends with Jason Wilkes and 2 other people.



James changed his profile picture.
James changed his profile picture.
3 more similar stories

 **James A D'Cruz** bye bye blackbird
Friday at 1:25am

### RECENT ACTIVITY

James and Cory Davenport are now friends. · Add Cory as Friend
James likes Inception and 2 other pages.



James commented on Melissa Dang's status.

 **James A D'Cruz** "Have sympathy for the Devil, someone has to be the bad guy"
November 17 at 3:17pm

2 people like this.

 **James A D'Cruz** Fuck you TTU Raiderlink!!
November 16 at 1:37am

8 people like this.

 **Jakob Mark Reynolds** Amen to that, bro. It's taken me an hour to register for 3 classes when it should've taken 5 minutes to register for my whole schedule.
November 16 at 2:02am

 **James A D'Cruz** yeah it was the same for me
November 16 at 4:37pm

 **James A D'Cruz** "In order for the mto stop me, they would have to be at all banks all the time, I just have to be at one bank one time"- John Dillinger
November 15 at 4:13pm

 **James A D'Cruz** I rob banks for a living, what do you do?
John Dillinger
November 15 at 1:46am

2 people like this.

 **James A D'Cruz** So much to do...but too tired to do it
November 13 at 2:03am

Robert Habanero Rodriguez likes this.

 **James A D'Cruz** Does anyone need a 26" HDTV for cheap.
November 12 at 10:59am

 **Breonne Davis** Pick me Haha
November 12 at 11:05am

 **James A D'Cruz** got $210?
November 12 at 11:05am

 **Breonne Davis** Nope Haha
November 12 at 11:07am

Create an Ad

**IGBATTMHO**
SMALL BUSINESS SATURDAY

SHOP SMALL HERE
Visit my page to learn about my special promotions on Small Business Saturday.

**Hot Shoes. Just $39.95.**
shoedazzle.com

Join Kim Kardashian's shoe society. $39.95 a pair. Free shipping. ShoeDazzle.com.

**18 Months to RN**
my.onlineeducationdepa...

Change your life and help others! Nursing is an exciting and rewarding career! Financial Aid. Flex schedules. Start your Degree today!

**B Smart**
brambleton.com
Find your dream home today in the heart of Northern Virginia's premiere community, Brambleton. New homes now selling!

More Ads

Chat (Offline)

**EXHIBIT**
**B**
5:10-cv-00141-C

Facebook | James A D'Cruz                                    http://www.facebook.com/james.dcruz1?v=wall

  
Gladiator   FML   The Patriot

Report/Block this Person

[ Share ]

**RECENT ACTIVITY**

James and Scarlette Johansson are now friends. · Add Scarlette as Friend

 **Melissa Dang**
In this note: James A D'Cruz

**A Fault of Madness**
A Fault of Madness  Do not weep over my vacant shell, You selfishly mad, incorrigible man. ...

November 11 at 6:19pm · View note

 **James A D'Cruz** Happy Birthday Marines!
November 10 at 8:57am

Adam Orozco likes this.

 **James A D'Cruz** Salvation comes for those who are willing to go through Hell to recieve it
November 9 at 11:23pm

 **James A D'Cruz** sick :(
November 7 at 3:40am

 **James A D'Cruz** Remember remember the fifth of November
Gunpowder, treason and plot.
I see no reason why gunpowder, treason
Should ever be forgot...
November 5 at 8:21pm

**RECENT ACTIVITY**

James listed Ryan D'Cruz as his brother.

James commented on Clarissa Webb's status.

James and Kristyn Wilson are now friends. · Add Kristyn as Friend

 **James A D'Cruz** I never know what to think about Sarah Palin..
November 3 at 9:53pm

 **James A D'Cruz** Goodbye Nanncy babyeater Pelosi. You will not be missed
November 2 at 11:37pm

3 people like this.

View all 4 comments

 **Tessa McAuley** I dont think that is true
I DID it said you were offline
November 2 at 11:43pm

 **James A D'Cruz** ...My internet is dumb. I love these results
November 2 at 11:44pm

 **James A D'Cruz**

 **James has voted in the election**

VOTE

November 2 at 3:37pm via Elections

 **James A D'Cruz** Well Rangers, you did your best..
November 1 at 11:40pm

Robert Habanero Rodriguez likes this.

 **Robert Habanero Rodriguez** Hay were still have next year!!!!
Maybe haha
November 1 at 11:49pm

**James A D'Cruz** f...m...l..
November 1 at 10:51pm

Tess Lehn likes this.

**RECENT ACTIVITY**

[ **Chat (Offline)** ]

Facebook | James A D'Cruz                                    http://www.facebook.com/james.dcruz1?v=wall

James is now friends with Kendal Kral and Alex Weaver.

James commented on Luis Saenz's status.

James is now friends with Radia Sari-Sarraf and 3 other people.





**James A D'Cruz** It sucks being broke

October 28 at 11:50pm

2 people like this.

**RECENT ACTIVITY**

James likes 300 (Movie). · Like



**James A D'Cruz** GOT MY COMPUTER FIXED!!! SUCK IT!!

October 28 at 9:14pm

Alexander J. Wyatt likes this.

View all 5 comments

 **James A D'Cruz** Wanna bet?

October 28 at 11:19pm

 **Luis Saenz** oh.. were we supposed to care?

October 29 at 2:59am · 1 person



**James A D'Cruz** We the empire would like to firmly apologize for the destruction of alderon. The problem has been solved and will hereby be labelled as a misfire. However, whoever keeps leaving their half full cokes on my counters will have their planet destroyed!

October 27 at 6:15pm



**James A D'Cruz** Russian Test tomorrow.. i think i'm ready, one more A to add to my midterms

October 26 at 10:49pm

**RECENT ACTIVITY**

James likes Republican National Committee and 2 other pages.



James likes Royal Pains (TV Show). · Like

James is now friends with Robert Habanero Rodriguez and 3 other people.





**James A D'Cruz**



**How long will I survive in zombieland??**

James got 12+ months.

When it comes to zombie hunting and zombie survival, you are like a combination of rambo, chuck norris, and the terminator. The downside? You may very well end up being the last human left on the planet.

See More

October 25 at 12:29pm via How long will I survive in zombieland?? · Take this Quiz

James A D'Cruz likes this.



**James A D'Cruz** "The price is far more than you can afford"

October 24 at 11:53pm

**RECENT ACTIVITY**

James went from being "single" to "engaged."

Henry M Martinez Jr likes this.

View all 4 comments

 Joshua Collins Congratulations. Hopefully    Chat (Offline)

Facebook | James A D'Cruz

 sometime soon.
October 22 at 6:01pm

 Jessica D'Cruz i feel sorry for whoever it is lol
October 22 at 10:31pm ·    1 person

James listed Ryan D'Cruz as his brother.

James listed Jackie Alexis as his sister.

2 more similar stories

 **James A D'Cruz**

**What video game bad a\*\* are you?**
James got Solid Snake.
You are a soldier, but not just any soldier, you are a fucking bad ass soldier. You are
devoted to America and a true patriot, you have gone through some shit and survived it
all, plus, you are awesome at choosing weapons
See More
October 22 at 11:20am via What video game bad a\*\* are you? · Take this Quiz

 **James A D'Cruz** "Bless the soul that can no longer ask for blessings and
curse the soul that demands them"
October 21 at 9:04pm

Alexander J. Wyatt likes this.

 Alexander J. Wyatt Very true
October 21 at 9:07pm

**RECENT ACTIVITY**

James likes Coca-Cola (Consumer Product). · Like

 **James A D'Cruz**



**What video game bad a\*\* are you?**
James got Solid Snake.
You are a soldier, but not just any soldier, you are a fucking bad ass soldier. You are
devoted to America and a true patriot, you have gone through some shit and survived it
all, plus, you are awesome at choosing weapons
See More
October 19 at 9:24pm via What video game bad a\*\* are you? · Take this Quiz

**RECENT ACTIVITY**

James likes Proud to be an American and 9 other pages.



James and Jessica D'Cruz are now friends. · Add Jessica as Friend

James likes The Daily Show and 2 other pages.



 **James A D'Cruz** When I am down, I just think about all the little chinese
kids in sweat shops making me American Flags. Then I smile.
October 19 at 9:17am

2 people like this.

View all 4 comments

 James A D'Cruz nah im just messin with you. you can like it if you
want...but there is a possibility we are now going to hell. lol
October 19 at 10:15am

 Sabrina Boss ₸ hahaha not me(: but prob yousss!
October 19 at 10:46am

 **James A D'Cruz** Pray for us now. Now that we can't pray for ourselves.
October 18 at 9:11pm

| Chat (Offline) |

11/22/2010 5:17 PM

Facebook | James A D'Cruz

http://www.facebook.com/james.dcruz1?v=wall

2 people like this.

 **James A D'Cruz** Creeper Status= both time tessa and I met and everyime she calls me lol
October 18 at 12:21am

Jenny Broussard likes this.

 **James A D'Cruz** *times
October 18 at 12:22am

 **Tessa McAuley** Heyyyy rude. I only creep on you James
October 18 at 1:10am

 **James A D'Cruz** I know lol. wouldnt have it any other way lol
October 18 at 2:04pm

 **James A D'Cruz** Wreck em Tech!
October 16 at 2:12pm

 **Jovan Carrasco**
In this note: James A D'Cruz

**I Wanted to Know You..**
How much anger have I kept especially for you? You are dear to me.. How much bitterness have I collected especially for you? You are dearest to me....

October 16 at 1:04am · View note

 **James A D'Cruz** "Son can you play me a memory? I'm not really sure how it goes. But it's sad, and it's sweet, and I knew it complete when I wore a younger man's clothes."
October 13 at 11:56pm

 **James A D'Cruz** "I see the pain in your smlie and feel the regret in your embrace.I wish I could take it away and bring you back, but this is life my dear, not a fairytale"
October 12 at 9:21pm

Joshua Collins likes this.

**RECENT ACTIVITY**

James and Sabrina Boss ⊤ are now friends. · Add Sabrina as Friend
James and Chris Winn are now friends. · Add Chris as Friend
James is now friends with Esther Han and Jamie Tidwell.

 **James A D'Cruz** "I did my best my friend. I tried my very best."
October 11 at 12:00pm

Alexander J. Wyatt likes this.

**RECENT ACTIVITY**

James is now friends with Samantha Martinez and John Brock.

 **James A D'Cruz** "Death is but a doorway"
October 6 at 5:28pm

Alexander J. Wyatt likes this.

 **James A D'Cruz** "Any problem can be solved with the proper application of explosives"
October 5 at 10:46pm

Spencer Simpson likes this.

 **James A D'Cruz** All around me are familiar faces,worn out places, worn out faces. Bright and early for the daily races, going nowhere, going nowhere.
October 3 at 9:59pm

Richie Zapata likes this.

 **James A D'Cruz** possibly sold our house!!
October 1 at 9:28pm

2 people like this.

**Chat (Offline)**

Facebook | James A D'Cruz                                                    http://www.facebook.com/james.dcruz1?v=wall

**RECENT ACTIVITY**

James and Lauren Hilt are now friends. · Add Lauren as Friend

James and Aaron Gamez are now friends. · Add Aaron as Friend

James is now friends with Jessica Miramontes and Leandra Martinez.

 **James A D'Cruz** Give me something
September 30 at 9:23pm

 **Jessica Christine Stephens** Like?
September 30 at 9:26pm

 **Adam Orozco** Hmm having a seat that controls the POTUS...wait we could make u the SPOTUS! Super President of the United States! hell yeah!
September 30 at 11:07pm

 **James A D'Cruz** Only tomorrow will you see the truth. Never today
September 29 at 12:39pm

Joshua Collins likes this.

 **Henry M Marﬁnez Jr** the sun will come out tomorrow also
September 29 at 2:07pm

**RECENT ACTIVITY**

James likes Jim Landtroop for Texas State Representative and I Go To Your Page Because I Miss You, Then Regret It Because Of What I See.

James likes Bones and 2 other pages.



James is now friends with Aaron Henry Diaz and 3 other people.



 **James A D'Cruz** the match is lit and it will burn all of us now
September 25 at 12:06pm

Jessica Christine Stephens likes this.

 **James A D'Cruz** "Nothing but God can save you now, kid."
September 23 at 11:08pm

**RECENT ACTIVITY**

James likes Michele Bachmann and 2 other pages.



 **Melissa Dang**
In this note: James A D'Cruz

**Stripped Fragile**
...

September 21 at 7:32pm · View note

 **James A D'Cruz** "Dream as if you'll live forever, live as if you'll die today" -James Dean
September 20 at 8:42pm

2 people like this.

 **James A D'Cruz** "What's an apostrophe?"
September 20 at 4:02pm

Luis Saenz likes this.

View all 6 comments

 **Henry M Marﬁnez Jr** these days???? u mean 09'20/10?
September 20 at 4:05pm

 **Jakob Mark Reynolds** I've got no idea what an apostrophe is either, dude.
September 20 at 6:33pm

 **James A D'Cruz** We'll all float on.          | **Chat (Offline)**

Facebook | James A D'Cruz                                      http://www.facebook.com/james.dcruz1?v=wall

September 19 at 9:56pm

2 people like this.

 **James A D'Cruz** Только лучшие имеют право жить
September 19 at 5:42pm

View all 10 comments

 Alexander J. Wyatt Lol, I am doomed >.<
September 19 at 5:57pm

 **James A D'Cruz** me too bro but i have Jakob as my partner
September 19 at 5:58pm

 **James A D'Cruz** Wreck 'Em Tech!
September 17 at 10:19pm

**RECENT ACTIVITY**

James is now friends with Christopher Muniz and 6 other people.



James is now friends with Shelby Johnson and 2 other people.



James is now friends with Joy Buchok and Jakob Mark Reynolds.

 **James A D'Cruz** searching for a new job. any ideas?
September 16 at 8:29pm

View all 5 comments

 **James A D'Cruz** That requires time.. Which i dont have
September 16 at 9:51pm

 **Allie Hassenflu** stripping
fer sher
September 17 at 4:15pm

 **James A D'Cruz** got my new toys yesterday :))
September 16 at 8:51am

**RECENT ACTIVITY**

James likes Lubbock County Republican Party and I love being a Red Raider!
James and Aimee Perez are now friends. · Add Aimee as Friend
James is now friends with Alexander J. Wyatt and 3 other people.



 **James A D'Cruz** A long, long time ago, in a galaxy far, far away, I wasn't
this bored right now..
September 14 at 9:48am

 **James A D'Cruz** "And like that, she earns her redemption, and once
again finds her way to the sunlight so she may sing of peace once more"
September 12 at 5:36pm

Laura Villalobos likes this.

**RECENT ACTIVITY**

James likes United States Marine Corps (Professional Service). · Like
James and Spencer Simpson are now friends. · Add Spencer as Friend
James changed his profile picture.
James changed his profile picture.
James changed his profile picture.

 **James A D'Cruz** Remember the Twins!
September 11 at 11:33am

**RECENT ACTIVITY**

James is now friends with Kasey Mohler and 5 ot    | **Chat (Offline)** |



James likes texting ppl who actually text real convos. and not just k, yup, yeah, k, i know, yeah, cool, lol on Like. · Like this page

James commented on Isaac Cortez's status.

James likes Saving Private Ryan and 5 other pages.



 **James A D'Cruz** I'm dying, how are you? - Doc Holiday
September 9 at 2:50pm

 **James A D'Cruz** "THIS END TOWARDS ENEMY"- Inscription on the M18 Claymore
September 8 at 5:14pm

   Josh Garcia likes this.

**RECENT ACTIVITY**

James is now friends with Jenny Broussard and Wyatt Alexander.

 **Melissa Dang**
In this note: James A D'Cruz

   **Almost Confrontation**
   This is my first assignment for my Creative writing class and thought I would post it. =]
   I can honestly say, that putting this much effort into my poetry has never been more
   difficult. I keep learning all these new techniques and structures to expand my own
   style, so hopefully it went well. =...

   September 7 at 8:55pm · View note

 **James A D'Cruz** "Shall we dance?" -Doc Holiday
September 7 at 9:30am

   Josh Garcia likes this.

 **James A D'Cruz** Why do i have that sinking feeling about you?
September 6 at 4:22pm

    **Clay Smith** Idk man. I thought things were good between us.
   September 6 at 5:56pm

    **James A D'Cruz** yeah man.. its just sometimes i just wanna kill u for
   lying to me about certain clubs
   September 7 at 11:41pm

    **Clay Smith** That's a shame
   September 8 at 12:10am

 **James A D'Cruz** Im no superman
September 6 at 11:08am

   Josh Garcia likes this.

    **Keith Menchey** No one ever said u were!!!!
   September 6 at 11:18am

 **James A D'Cruz** I honestly hope my luck is finally turning around. I hope this goes well..really well
September 5 at 10:53pm

**RECENT ACTIVITY**

James is now friends with Bahama Buck's Lubbock and 3 other people.



James edited his About Me and Quotations.

James and Jessica Medina are now friends. · Add Jessica as Friend

 **James A D'Cruz** wreck em tech!
September 5 at 12:08pm

 **James A D'Cruz** I miss you...
September 4 at 5:01pm

                           **Chat (Offline)**

Facebook | James A D'Cruz                                        http://www.facebook.com/james.dcruz1?v=wall

 **James A D'Cruz** помощь
September 4 at 1:32am

 **James A D'Cruz** i became a crimminal because i did not want to become
a victim -Tommy Versetti
September 3 at 9:32pm

 **James A D'Cruz** "Its about who you know, not what you know" Tommmy
Versetti, Don of the American Italian Mafia in 1945
September 1 at 9:05pm

**RECENT ACTIVITY**

James commented on Isaac Cortez's status.

James and Kelcey Anderson are now friends. · Add Kelcey as Friend

James likes Dr. House (Actor). · Like

James commented on Michelle Ballejo's status.

 **James A D'Cruz** бог помощь
August 31 at 12:44pm

 **James A D'Cruz** public policy..
August 31 at 9:12am

 **James A D'Cruz** about to head to cinema appreciation..then i am done
for the day
August 30 at 3:31pm

 **James A D'Cruz** Pain is the biggest drug and the best motivator.
August 28 at 10:56pm

 **James A D'Cruz** working out + rec. center = great day
August 27 at 7:36pm

 Josh Garcia likes this.

 **James A D'Cruz** There is no dignity in dying
August 27 at 1:19pm

Laura Villalobos likes this.

 **James A D'Cruz** Political Science seems easy enough...now for Russian
August 26 at 10:06am

View all 4 comments

 **James A D'Cruz** but i pronounce it..
August 26 at 2:29pm

 **Jackie Alexis** How did you like your first week of college classes??
My lil brother is all grown up!
August 27 at 9:42am

 **James A D'Cruz** Found out i broke my back and collar bone... funny
August 25 at 2:26pm

View all 5 comments

 **James A D'Cruz** they are old injuries i didnt know about till today.
my back was bc of skateboarding and the collar bone was from
spinning rifles
August 25 at 6:21pm

**Leslie Chastain-Sluka** Ouch...hope you heal soon!
August 25 at 7:05pm

**RECENT ACTIVITY**

James and Ramona Mittal are now friends. · Add Ramona as Friend

James joined the Texas Tech network.

James joined the Texas Tech network.

 **James A D'Cruz** I cant wait for football season!
August 20 at 12:55pm

Breonne Davis likes this.



Chat (Offline)

11/22/2010 5:17 PM

Facebook | James A D'Cruz                                          http://www.facebook.com/james.dcruz1?v=wall

**James A D'Cruz** Traitors burn
August 19 at 8:50pm



**James A D'Cruz** "you entertain me, you and your stories, your lies, your games".
August 18 at 9:27pm

RECENT ACTIVITY

James likes I Hate Justin Bieber (Public Figure). · Like

James and Kimberly Abella are now friends. · Add Kimberly as Friend



**James A D'Cruz** "The war isnt on the battlefield or with those that fight and die for the idea, but it lays in the minds and sould of the people who must accept the idea in order for it to become a standard". -Winston Churchill
August 17 at 12:36pm



**James A D'Cruz** Officially broke... :'(
August 16 at 11:52pm

 Jackie Alexis welcome to the club
August 17 at 6:40pm



**James A D'Cruz** "All you really have in this world is what you see in your reflection, and with that you can ascend to the highest thrones or to the lowest hells" -Napolean
August 16 at 8:48pm



**James A D'Cruz** Its not going to be easy. at all. good luck
August 15 at 11:36pm

RECENT ACTIVITY

James commented on Michelle Ballejo's status.

James likes Dark Night + Heavy Rain + Coldness + Nice Blanket = Perfect Sleep on more... · Like this link

James commented on Prince Ranson's status.

James likes Buffalo Wild Wings (Food and Beverage). · Like



**James A D'Cruz** Well today sucks.. but for some reason im not upset
August 15 at 2:01pm



**James A D'Cruz** Hello numbness my old friend :)
August 14 at 11:38pm



**James A D'Cruz** I woke up today knowing i lost my best friend. knowing i was going to give up. Knowing i had no strength left. Goodbye. The first person i ever loved
August 14 at 6:48pm

Brandi Williams likes this.



**James A D'Cruz** The only person you can truely count on is yourself.
August 14 at 1:43pm



**James A D'Cruz** you dont realize the toll this has on me
August 12 at 11:11pm



**James A D'Cruz** "I can rob any bank anytime. Theyd have to be at every bank all the time."
August 11 at 9:18pm

RECENT ACTIVITY

James went from being "engaged" to "single."

James and Michelle Ballejo are now friends. · Add Michele as Friend

James and Keith Menchey are now friends. · Add Keith as Friend



**James A D'Cruz** i can fly...........nvm
August 10 at 8:47pm

Christian Harwood likes this.

Chat (Offline)

Facebook | James A D'Cruz

**James A D'Cruz** I am no longer a threat to society
August 10 at 4:53pm

Leslie Chastain-Sluka likes this.



**James A D'Cruz** spent most of the night with my fiance :) but now im tired :(
August 10 at 3:04pm

View all 6 comments



**Stephany Bell Torrez** haha okay well congrats!
August 10 at 4:48pm



**James A D'Cruz** naw shes just my bestfriend.its a joke
August 10 at 5:10pm



**James A D'Cruz** in this field of hundreds begging for their lives, we shall spare none
August 9 at 11:38am



**James A D'Cruz** Now we make life. We are God, and God is jealous.
August 8 at 10:00pm

**RECENT ACTIVITY**

James went from being "single" to "engaged."
James likes The Hangover (Movie). · Like
James and Kathy Keith Menchey are now friends.



**James A D'Cruz** I have no words of wisdom today...
August 8 at 12:47pm



**James A D'Cruz** shut up... or ill break ur other pinky
August 8 at 12:52pm



**Josh Garcia** Sometimes the wisest words are those not spoken.
August 8 at 2:15pm



**James A D'Cruz** He went forth conquering, and to conquer.
August 7 at 11:33pm



**James A D'Cruz** Thats right Josh Garcia is a bad ass!!!-JG
August 7 at 11:15pm via Mobile Web



**James A D'Cruz** JOSH GET OFF MY FB!!
August 7 at 11:24pm



**Clay Smith** Hahahaha! This is hilarious!
August 8 at 12:16am



**Josh Garcia** I know but its true.
August 8 at 12:37am



**James A D'Cruz** "And behold a pale horse, and on him rode Death."
August 7 at 5:22pm

**RECENT ACTIVITY**

James likes Hi, I wasted a very long time liking you. (Local Business). · Like
James listed Jessica Christine Stephens as his sister.
James is now friends with Jessica Christine Stephens and Spencer Austin Kitten.
James changed his profile picture.



**James A D'Cruz** "And cursed be the one who turns his back on the Father"
August 6 at 3:54pm



**James A D'Cruz** my fiance and spaz...
August 6 at 1:11am

Jessica Alvarez likes this.



**James A D'Cruz** A killer in me is a killer in you
August 5 at 12:46am

Josh Garcia likes this.



**Chat (Offline)**

Facebook | James A D'Cruz                              http://www.facebook.com/james.dcruz1?v=wall

**James A D'Cruz** gonna go shooting.
August 4 at 7:22pm

**RECENT ACTIVITY**

James changed his profile picture.



**James A D'Cruz** Cant wait till friday!
August 3 at 9:43pm



**James A D'Cruz** talking to the same girl and wondering what happened.
no worries.. trying to get some new pics up too
August 2 at 10:44pm

**RECENT ACTIVITY**

James is now friends with Raegan Lozano and 2 other people.



James likes George W. Bush and 3 other pages



James likes Michael Crabtree and 9 other pages.



James commented on Marii Malagayo's photo.

James commented on Marii Malagayo's photo.



**James A D'Cruz** Talking to a pretty great girl. I have an amazing best
friend. I think life is pretty great right now :)
August 1 at 11:32pm

2 people like this.

View all 22 comments



**Jessica Alvarez** no proof
August 6 at 2:51am



**James A D'Cruz** Ya huh
August 6 at 2:53am



**James A D'Cruz** "It is time, finally."
July 31 at 10:09pm



**James A D'Cruz** looking for a distraction
July 30 at 8:27pm



**James A D'Cruz** hahahaha I win
July 30 at 1:55am

**RECENT ACTIVITY**

James went from being "it's complicated" to "single."

Jessica Alvarez likes this.

James and Nitasha Misra are now friends. · Add Ntasha as Friend

James likes I bet Texas can get 1 million fans before any other state. (Non-Profit). · Like

James changed his profile picture.

James changed his Work Info.

James went from being "in a relationship" to "it's complicated."



**James A D'Cruz** FML
July 29 at 1:54pm



**James A D'Cruz** Mr. tee shirt launcher inventor guy!
July 28 at 7:23pm

Josh Garcia likes this.



**James A D'Cruz** back from orientation

┌─────────────────┐
│ Chat (Offline)  │
└─────────────────┘

July 27 at 3:03pm

**RECENT ACTIVITY**

James is now friends with Clarissa Webb and Pablo F Soto.

James is now friends with Lauren Ramirez and Steven G. Ybarra.

**RECENT ACTIVITY**

James likes The Patriot and 6 other pages.



James likes Rob Zombie and 9 other pages.



James added Guns and 2 other pages to his interests.

James added Truth is, everybody is going to hurt you; you just gotta find the ones worth suffering for." -Bob Ma... to his activities.

James and Jessica Casarez are now friends. · Add Jessica as Friend

 **James A D'Cruz** Im taking tomorrow off!
July 21 at 9:18pm

 **James A D'Cruz** well...tonight...is....boring...., really.....really....boring
July 20 at 11:05pm

 **James A D'Cruz** GETTING THE OPPORTUNITY OF A LIFETIME
July 20 at 2:56pm

 **Elizabeth Wu** what? :)
July 20 at 10:05pm

 **James A D'Cruz** i know what i am gonna do!
July 19 at 7:47pm

**RECENT ACTIVITY**

James likes Texas Tech University (Education). · Like

James likes Mark Levin and 5 other pages.



James likes Conservative (Non-Profit). · Like

 **James A D'Cruz** bored at home..
July 18 at 5:42pm

 **James A D'Cruz** I wonder what i'll do tomorrow??? I think i know who i'll be with though ;)
July 18 at 12:11am

Melissa Dang likes this.

 **James A D'Cruz** Jessica Dawn Alvarez is the bestest fiance ever!!!!!!!!!
July 15 at 5:14pm

View all 5 comments

 **James A D'Cruz** No
July 15 at 6:29pm

 **Jessica Alvarez** why not?????? there is no need for the middle name to be used. ppl know me by my first and last name. middle is not neccesary
July 15 at 6:30pm

 **James A D'Cruz** another amazing date? I think so :)
July 15 at 12:07pm

2 people like this.

Chat (Offline)

Facebook | James A D'Cruz

View all 13 comments

 **James A D'Cruz** what about today?? candy maam? did you? dont lie to me!!!!
July 18 at 12:10am

 **Jessica Alvarez** umm i only had a lil today and some bahama buks thank u
July 18 at 2:57am

**RECENT ACTIVITY**

James is now friends with Donnie Bryant and 2 other people.



James went from being "single" to "engaged."

Jessica Alvarez likes this.

View all 16 comments

 **James A D'Cruz** ok sorry I have faith in u
July 15 at 5:16pm

 **Jessica Alvarez** lol u better!
July 15 at 6:29pm

James is now friends with Nathan Rogers and Aaron Flores.

James changed his Work Info.

James added Texas Tech to his schools.

James added Lubbock Neurology to his employers.

James and Sonya Loya are now friends.

 **James A D'Cruz** Independence Day, the only way we could be cooler is if we fought aliens and won against them too. Go America
July 4 at 4:41pm

　　　3 people like this.

 **James A D'Cruz** "Your the Cannibal and I'm afraid I won't get out alive... what are you waiting for!"
July 3 at 5:49pm

 **James A D'Cruz** du da dun dun du da da.. da diddy da da doo doo.. .lol 007 theme
June 29 at 2:20pm

 **James A D'Cruz** my drugs of choice- numbness and deception
June 27 at 9:54pm

　　　2 people like this.

 **James A D'Cruz** Let the darkness consume you, devour you, and smile at the gates of hell, for they will not open for you this night
June 27 at 4:42am

　　　2 people like this.

 **James A D'Cruz** nvm about the last status :)
June 25 at 10:23pm

 **James A D'Cruz** its gonna be a long night..
June 25 at 7:41pm

**RECENT ACTIVITY**

James and Dawson Land are now friends.

James changed his profile picture.

James and Robert Habanero Rodriguez are now friends.

 **James A D'Cruz** Now she (Baili Kay Jones) is truely amazing :)
June 24 at 11:59pm

View all 5 comments

 **Jackie Alexis** Awwww! You are such a romantic!! My baby brother is all grown up! Lol
June 25 at 1:32am

 |　　　　**Chat (Offline)**　　　　|

Facebook | James A D'Cruz                                    http://www.facebook.com/james.dcruz1?v=wall

 Baili Jones hahahaha!:))
June 25 at 1:58am

 **Melissa Dang**
In this note: James A D'Cruz

Love
We lost ourselves beneath a blanket of ebony Used to shroud cerulean paint— Painted
bright enough to see all our fragility Time with pale light urges a breaking of restraint. ...
June 24 at 3:53pm · View note

 **James A D'Cruz** surprise!
June 22 at 11:57am

 **James A D'Cruz** yeah well f*ck you too
June 22 at 1:27am

 **James A D'Cruz** if you only knew who she was, you would cry yourself to
sleep one more time
June 21 at 1:10am

 **James A D'Cruz** she is soo amazing :))
June 20 at 7:23pm

 **Timothy Dyer** ya then the bitch fucks you over haha or that how it
always happens to me
June 21 at 1:20am

 **James A D'Cruz** "Would you rather live as a monster, or die as a good
man?" -Shutter Island
June 15 at 9:11pm

Marissa Marie likes this.

 **Rod D'Angelo** Great movie and even better quote
June 15 at 9:13pm

 **Antony Cognasi** hell yeah i love that movie..
June 15 at 9:22pm

 **James A D'Cruz** fml.
June 15 at 1:13pm

Timothy Dyer likes this.

 **Melissa Dang** ?
June 16 at 12:26am

**RECENT ACTIVITY**

James is now friends with Mathieu Rodriguez and Kendra Reece.

James likes FML and 4 other pages.



James went from being "in a relationship" to "single."

Zach Dooley likes this.

View all 5 comments

 **Malcolm Kuki Trammell** hey at least hes a man about it, right?
June 16 at 12:42am

 **Rod D'Angelo** true true
June 17 at 6:39pm

 **James A D'Cruz** "You can't make me work!""Do you like
money?""..Yes.." "Then go to work." "But I dont wanna." "Well I dont wanna
feed you either." "Never mind on my way."
June 14 at 9:11am

2 people like this.

 **Jackie Alexis** Ur conversation w mom this morning? Lol
June 14 at 9:14am

 **James A D'Cruz** Yep
June 14 at 9:15am



┌─────────────────────┐
│ **Chat (Offline)**  │
└─────────────────────┘

Facebook | James A D'Cruz                    http://www.facebook.com/james.dcruz1?v=wall

**James A D'Cruz** im bored..
June 13 at 3:23pm

    2 people like this.



**James A D'Cruz** someone remind me to wake up tomorrow
June 9 at 1:23am



    **Rod D'Angelo** Hey don't forget to wake up tomorrow hahahaha
    June 9 at 2:42am

**RECENT ACTIVITY**

    James and Christian Harwood are now friends.

    James is in a relationship with Baili Jones.

    Melissa Dang likes this.



    **Zach Dooley** wtf wtf wtf
    June 10 at 3:07pm

    James went from being "in a relationship" to "single."



**James A D'Cruz** not working today
June 7 at 1:48pm



    **Zach Dooley** wanna hang out today i got the day off
    June 7 at 1:56pm



**James A D'Cruz** i might just end up ok
June 6 at 11:38pm

    2 people like this.



**James A D'Cruz** got accepted to the u.s. coast guard academy
June 4 at 8:28pm

    4 people like this.

    View all 3 comments



    **Dominique Leija** Awesome!
    June 8 at 12:39pm



**Melissa Dang**
In this note: James A D'Cruz

**Beauty in the Breakdown**
It starts small, almost invisible. Just a dot really, gradually getting bigger, gradually
taking up space. It starts to swallow all the confidence you feel, all the assurances, and
all the promises you make to yourself...

May 26 at 1:08am · View note



**James A D'Cruz** powder puff...pretty funny
May 19 at 10:49pm

**RECENT ACTIVITY**

    James and Releasedtour Lubbock are now friends.

    James and Devon Wenskunas Schultz are now friends. · Add Devon as Friend

    James and Oscar Guerrero are now friends. · Add Oscar as Friend



**James A D'Cruz** "It is not death you should fear, but life."
May 16 at 1:18pm

    Rod D'Angelo likes this.



    **Steven D'Cruz** Yeah no shit death is easy compared to trying to
    figure out the ilogical maddening world that is!
    May 16 at 1:26pm



    **Janet Rich** That sums up the struggle I have not won since cancer.
    The "life is good" logo is a such lie. Life is tough but God is good and
    only God.
    May 16 at 2:43pm



**James A D'Cruz** m is for mountain
May 15 at 12:45am



    **Baili Jones** hahaha yep exactly!!:)) and letterrs.....are awesome no
    matter what you say lol
    May 15 at 1:48pm

                             | **Chat (Offline)** |

11/22/2010 5:17 PM

Facebook | James A D'Cruz

**RECENT ACTIVITY**

James and Zephyr Melton are now friends. · Add Zephyr as Friend

James and KeEng Albutra Geverola are now friends. · Add KeEng as Friend

2 more similar stories

 **James A D'Cruz** good night
May 11 at 10:41pm

   Baili Jones likes this.

 **James A D'Cruz** life is getting good.
May 10 at 8:42pm

   2 people like this.

 **James A D'Cruz** Hallmark...witthout it, guys would have money
May 9 at 11:57am

   Tabitha Isela Martinez likes this.

    **Dameon Morales** mmm bullshit...just more alcl Rah
   May 9 at 12:17pm

    **Tyler Evans** Amen brother
   May 9 at 1:24pm

 **James A D'Cruz** Death, is a relative term
May 6 at 6:19pm

   2 people like this.

**RECENT ACTIVITY**

James is in a relationship with Baili Jones.

   View all 7 comments

    **Cody Penny** OH SNAP! Got himself a looker too. Grats man.
   May 12 at 2:12am

   James went from being "single" to "in a relationship".

James and Aley Cruz are now friends. · Add Aley as Friend

 **Melissa Dang**
In this note: James A D'Cruz

   **Inspiration Or Lack There Of**
   (Impossible Things Make a Soul Restless) Restless, restless Spinning out of control, But
   I know-- It's just my restless soul ...

   May 5 at 11:50pm · View note

 **James A D'Cruz** "And may this be the day be marked black as the
darkest hour of night, for on this day, we not only lost our leader, and
emperor, but we lost our God- Napoleon."
-Quote about Napoleon's Death
May 5 at 6:31pm

 **James A D'Cruz** Yet another victory for James D'Cruz! When will it
stop?...Never lol
May 3 at 7:46pm

    **Jason Wilkes** what now? haha
   May 3 at 8:19pm

 **James A D'Cruz** looking for an excuse
May 2 at 1:19pm

    **Stephany Bell Torrez** an excuse for what?
   May 2 at 1:56pm

 **James A D'Cruz** I want to be a billionare so freakin bad
May 1 at 11:47pm

   View all 4 comments

    **Steven D'Cruz** You will need a security detail.
   May 1 at 11:51pm

    **James A D'Cruz** true
   May 1 at 11:52pm



| Chat (Offline) |

Facebook | James A D'Cruz                                                    http://www.facebook.com/james.dcruz1?v=wall

**James A D'Cruz** Sitting at barnes and Nobles drinking coffee. Life is good
May 1 at 10:52am



**James A D'Cruz** needs an outlet
April 30 at 4:46pm

**RECENT ACTIVITY**

James and Haylee Duke are now friends. · Add Haylee as Friend

James likes You: "I'd like a Coke." Waiter:"Is Pepsi ok?" You: "Is Monopoly money ok?"
(Local Business). · Like

James and Nitasha Misra are now friends. · Add Nitasha as Friend



**James A D'Cruz** Ready to come home
April 28 at 8:21pm

2 people like this.

 **Josh Garcia** just a few more hours
April 28 at 8:32pm



**James A D'Cruz** You hardly even know me and I'm starting to show that
I hardly even know you but I like what I know I want to talk about it but I
quake in my skin It'll only push you further into making decisions You want
to like me but you are likely undecided
April 27 at 9:25pm



**James A D'Cruz** soooo.........going to look at more houses tomorrow in
FL....really dont wanna
April 27 at 12:14am

2 people like this.

View all 5 comments

 **James A D'Cruz** Haa im working on it..my family is fighting.
April 27 at 8:59am

 **Clay Smith** that sucks. I know what that's like
April 27 at 9:00am



**James A D'Cruz** thunderstorm in florida
April 26 at 7:52am

 **Zach Korn** where u at in fl?
April 26 at 12:52pm

 **James A D'Cruz** ft. Myers
April 26 at 1:00pm



**James A D'Cruz** IDK what I'm looking for, what I need in order to
decide, but so far, I haven't seen it.
April 25 at 7:59pm

**RECENT ACTIVITY**

James likes I wish I could go back to when I met you, And walk away. (Local
Business). · Like

James and Elle DaCruz are now friends. · Add Elle as Friend

James likes My Stomach Drops When I Think About You Being With Somebody Else....
(Local Business). · Like

James likes "Wanna go out?" "I have a bf" "I have a fish" "What?" "Oh I thought we
were talkin bout things that... (Visual Artist). · Like



**James A D'Cruz** going to look at houses tomorrow
April 23 at 10:35pm



**James A D'Cruz** About to leave for Florida. Itll be nice getting away from
the retards
April 23 at 10:40am

View all 11 comments

 **Logan Provo** Where at?
April 23 at 8:13pm



**James A D'Cruz** I have an idea...try not being a bitch. But idk, that
might be more than you can handle.
April 22 at 8:45pm

┌──────────────────────┐
│   **Chat (Offline)**   │
└──────────────────────┘

3 people like this.

**RECENT ACTIVITY**

James likes I'm so ready for those long summer nights :) (Local Business). · Like
James commented on Tess Lehn's status.
James and Mario Parras are now friends. · Add Mario as Friend



**James A D'Cruz** I AM VICTORIOUS ONCE AGAIN
April 21 at 5:56pm

3 people like this.



**James A D'Cruz** people are hilarious. This week I will be laughing my
ass off.
April 20 at 8:42pm

Clay Smith likes this.

**RECENT ACTIVITY**

James commented on Melissa Dang's status.
James commented on Melissa Dang's status.
James and Matt Frosoni are now friends. · Add Matt as Friend



**James A D'Cruz** West Point fucked me over. Thanks.
April 19 at 9:34pm

View all 8 comments



**Steven D'Cruz** What the Army screwing someone over? Never heard
such a thing. o wait LOL thats one of the main reasons I told you
shouldnt join
April 19 at 10:32pm



**Clay Smith** looks like we are both getting it.
April 20 at 12:46am



**James A D'Cruz** im bored....ill light someone on fire
April 19 at 9:26pm

3 people like this.



**James A D'Cruz** i really need this week to be good.
April 18 at 10:42pm



**James A D'Cruz** watching house..my favorite
April 17 at 10:47pm

Timothy Dyer likes this.



**James A D'Cruz** "The war will commence. The living will die, and the
dead will rise with the devil to devour the world."
April 17 at 8:27pm

2 people like this.



**James A D'Cruz** "your the devil" -Josh Garcia
April 17 at 5:15pm



**James A D'Cruz** "My enemies are many, my equals are none." -Napoleon
April 16 at 10:03pm

Josh Garcia likes this.



**James A D'Cruz** You are a traitor. Dont worry about it, most people are.
April 15 at 11:47pm



**James A D'Cruz** This week needs to go away.
April 15 at 6:27pm

3 people like this.

**RECENT ACTIVITY**

James likes Bros before hoes unless the hoes hav

**Chat (Offline)**

James commented on Isaac Cortez's status.

James commented on Isaac Cortez's status.

 **James A D'Cruz** i zachwycajcie, koń biały
April 13 at 10:16pm

 **Michael Harper** Speak English
April 13 at 10:42pm

 **James A D'Cruz** behold, a white horse
April 13 at 10:44pm

 **Erick Capulong** 你看不懂
April 14 at 11:59pm

 **James A D'Cruz** another threat to watch my back...it gets old..
April 12 at 10:20pm

Josh Garcia likes this.

 **Isaac Cortez** "seargant in the navy"
hahaha
April 12 at 10:35pm

 **James A D'Cruz** had a dream he got eaten by a t-rex because he was a cow
April 11 at 6:28pm

3 people like this.

 **Jackie Alexis** lol... a few weeks ago I told Jess about the dream I had where she appeared from Button's body.... maybe it runs in the family
April 11 at 9:47pm

 **James A D'Cruz** This is the week Clay, Jake, and I will hear from the Naval Academy, West Point (clay and i), and the Coast Guard Academy(me), keep us in ur prayers..
April 10 at 10:29pm

2 people like this.

View all 16 comments

 **James A D'Cruz** i dnt consider it domination bc the lack of comp..
April 10 at 10:59pm

 **Jason Wilkes** good point haha
April 10 at 11:00pm

 **James A D'Cruz** i think u just blew ur last chance
April 10 at 3:38pm

 **James A D'Cruz** the K.A.C.K. alliance
April 10 at 12:05am

 **James A D'Cruz** always faithful, always courageous, always prepared..especially when you arent.
April 8 at 9:47pm

Steven D'Cruz likes this.

 **James A D'Cruz** always faithful
April 8 at 9:45pm

 **James A D'Cruz** just got my laptop
April 8 at 8:23pm

2 people like this.

 **Jackie Alexis** which one did you get? you like it?
April 9 at 10:53am

 **James A D'Cruz** If we could get some giant scorpions to Afganistan we would be set!
April 7 at 10:00pm

3 people like this.

 **James A D'Cruz** unless there were also giant camel spiders...
April 7 at 10:01pm

**Chat (Offline)**

 Chris Keisser lol then we would have a giant scorpion problem
April 7 at 10:13pm

 Steven D'Cruz No then you would just be breeding tanks, Rock on.
Clash of the Titans Rocked
April 7 at 11:36pm

**RECENT ACTIVITY**

James joined the group Senior Skip Day. · Join this Group

James commented on Steven D'Cruz's note Shame on you for letting me think God is
petty like you!

James likes In Elementary school, being the line leader was a big deal. (Products). · Like

James likes Top Gun (Movie). · Like

 **James A D'Cruz** What's the worst that can happen?
April 5 at 10:23pm

 Steven D'Cruz you really want me to answer that
April 5 at 10:50pm

 **James A D'Cruz** Quiet before the storm
April 4 at 2:51pm

2 people like this.

 **James A D'Cruz** "If you are looking for forgiveness, you will find none. If
it is love you seek, there is none. That is not my job. I am here to watch, to
save your pathetic soul. That's it."
April 2 at 11:23pm

 Josh Garcia Take the pill boy, just take the pill.
April 2 at 11:24pm

**Melissa Dang**
In this note: James A D'Cruz

**This is a little personal**
TEN things you wish you could say to TEN people in no order: 1. I know you think you
love him and he loves you, but i wish you could see how destructive his idea of love is. 2.
You are the single most amazing person, and I'm so glad we're bestfriends. =] 3...

April 2 at 2:19am · View note

**RECENT ACTIVITY**

James likes we dont always have to do something exciting, i just like being with you :)
(Local Business). · Like

James joined the group I'll stop being a Smartass when you stop being a
Dumbass. · Join this Group

Leslie Chastain-Sluka likes this.

 **James A D'Cruz** "There is no redemption, There is no forgiveness. I will
stare into your eyes as I pull the trigger and laugh as you hit the ground with
your last, pathetic breath."
April 1 at 11:17pm

Tyler Evans likes this.

 Tyler Evans i feel yeah man. I cant wait till I'm a US Army Ranger
April 2 at 3:31pm

 **James A D'Cruz** James the Conqueror or Potentate D'Cruz... which shall
I choose?
March 31 at 7:36pm

View all 10 comments

 Jackie Alexis hahaha Im sure he would argue that you couldnt get a
sucker shot in, but Im rooting for you Jae! Im excited that I will be
seeing you soon!
April 2 at 2:25pm

 James A D'Cruz me too i cant wait to be in a place with water lol.
whoever founded lubbock was absolutely retarded
April 2 at 2:52pm

 **James A D'Cruz** Not to fear! James is here!
March 30 at 10:30pm

Myra Gomez likes this.

 James A D'Cruz only if you want to keep u    Chat (Offline)

 March 30 at 10:44pm

**Josh Garcia** Yay!!! im not scared any more!!!
March 31 at 12:43am

**RECENT ACTIVITY**

James likes Oh Man, I'm Going To Hell For Laughing At That (Club). · Like

James likes "That is THE dumbest song I've ever heard!" *2 weeks later* "This my JAM!" (Local Business). · Like

James and Josh Myers are now friends. · Add Josh as Friend

James likes You know you're from Lubbock when you can have all 4 seasons in a DAY! (Local Business). · Like

 **James A D'Cruz** You can't quit until you try You can't live until you die You can't learn to tell the truth Until you learn to lie
March 29 at 8:36pm

Myra Gomez likes this.

 **Myra Gomez** You can't breathe until you choke. You gotta laugh if you're the joke:) amazing song
March 29 at 8:48pm

 **James A D'Cruz** mother f***er im AWESOME!!!
March 29 at 6:01pm

 **Michael Harper** Dude you are so humble.
March 29 at 6:45pm

 **James A D'Cruz** thanks i know
March 29 at 6:47pm

 **James A D'Cruz** that's when she said I don't hate you boy I just want to save you while there's still something left to save that's when I told her I love you girl but I'm not the answer to the questions that you still have
March 28 at 7:47pm

 **James A D'Cruz** God bless NAPS!
March 27 at 6:14pm

 **James A D'Cruz** phone is fried.. and i didnt even drop it..
March 27 at 11:20am

 **James A D'Cruz** "But I still don't miss you yet. Only when I stop to think about it, I hate everything about you"
March 26 at 9:22pm

 **James A D'Cruz** Ha ha screw you Obamacare
March 25 at 12:45pm

2 people like this.

 **James A D'Cruz** There it goes... and I'm not capable of stopping this one
March 24 at 9:55pm

 **Jason Wilkes** ?
March 24 at 10:00pm

**RECENT ACTIVITY**

James likes SLOW DOWN THERES A COP! oh wait its just a white car (Convention Center and Sports Complex). · Like

James and Stephany Bell Torrez are now friends. · Add Stephany as Friend

James likes I am a Texan therefore I am awesome (Professional Service). · Like

 **James A D'Cruz** The strong will survive and the weak will falter and fall away..
March 22 at 10:07pm

 **James A D'Cruz** There won't be healthcare if there are no doctors willing to work...just saying
March 22 at 7:44am

2 people like this.

View all 29 comments

 **Steven Captain Howdy** We did the same to the Indians as well the crusades! Many others during the dark ages

Chat (Offline)

Facebook | James A D'Cruz
http://www.facebook.com/james.dcruz1?v=wall



March 22 at 9:57pm

**James A D'Cruz** like i said before. The strong shall survive and the weak shall falter away. thats why God made some strong and others weak
March 22 at 10:04pm



**James A D'Cruz** Goodbye America
March 21 at 11:24pm

3 people like this.

**RECENT ACTIVITY**

James commented on Maria Carmina Albutra's photo.

James commented on Michael Harper's status.

James joined the group E.J. Holub deserves his own trophy case! · Join this Group



**James A D'Cruz** When you can't pay for your car, the bank takes it back. When you can't pay for your house, the bank takes it back. When you can't pay for your liver, that's where I come in.
March 21 at 10:52pm

Tabitha Isela Martinez likes this.

View all 4 comments



**Tabitha Isela Martinez** You've seen it already?? It looks intense :D
March 21 at 10:54pm



**Logan Provo** I have to say its kind of a rip off, Repo the genetic opera came out way before that. just saying.
March 21 at 11:27pm



**James A D'Cruz** Hello Universal Health Care...Welcome to America.
March 21 at 4:33pm



**Tabitha Isela Martinez** Obama is gay :[
March 21 at 5:06pm



**James A D'Cruz** The coolest thing about being me, is being me
March 20 at 9:31pm

2 people like this.



**James A D'Cruz** home again
March 20 at 2:04pm

Clay Smith likes this.



**James A D'Cruz** The Fab Four will rule forever!
March 13 at 3:07pm

2 people like this.

View all 6 comments



**Josh Garcia** only 4 of them
March 13 at 6:33pm



**Clay Smith** who wants to design them?
March 14 at 1:11am



**James A D'Cruz** Off To NY!
March 13 at 1:50pm



**James A D'Cruz** Feelin alive
March 12 at 11:42pm

2 people like this.



**Michael Harper** Dude You Need to Get Off the Pills.
March 12 at 11:45pm



**Melissa Dang**
In this note: James A D'Cruz

**Memory can't be helped.**
Memory can still taste the rain Soaking on the petals of her lips. It can still feel that inexplicable pain Of her falling from his fingertips. ...

March 12 at 10:31pm · View note

  **James A D'Cruz** DONE WITH F***ING BCI!

Chat (Offline)

11/22/2010 5:17 PM

Facebook | James A D'Cruz                    http://www.facebook.com/james.dcruz1?v=wall

March 11 at 9:37pm

Michael Harper likes this.

View all 8 comments

 **James A D'Cruz** Lol that sucks
March 11 at 10:36pm

 **Kate Aufill** oh well. I got into tech and got a scholarship. this was just to graduate lol
March 11 at 10:37pm

 **James A D'Cruz** The beauty and sacred art of life remains because of the secrets that never come to light
March 9 at 7:53pm

 **James A D'Cruz** Is proud of his ways of talking himself out of trouble
March 8 at 6:13pm

Josh Garcia likes this.

 **James A D'Cruz** What do you do when Hadjie Bob's got you down? pull out your m4 and blast away
March 7 at 10:22pm

View all 20 comments

 **Clay Smith** It really is Haji.....because a sheet head pilgrimage to Mecca is a Haj.
March 8 at 8:28am

 **Josh Garcia** hahahahahaha
March 8 at 6:49pm

 **James A D'Cruz** I found my reason. Now I just need to find a cheat code lol
March 7 at 12:53am

Clay Smith likes this.

 **James A D'Cruz** BCIS is for Faggots!
March 6 at 4:12pm

View all 6 comments

 **Jason Wilkes** i believe james has lost facebook speaking rights for the next 48 hours.
March 6 at 9:59pm

 **James A D'Cruz** Shut up its an inside joke you faggot
March 6 at 10:00pm

 **James A D'Cruz** I am finally free of my demon. Now, it is time to live for me
March 1 at 10:31pm

Jessica Christine Stephens likes this.

 **James A D'Cruz** Home at last. Free from the idiot
February 28 at 6:08pm

2 people like this.

 **Mackenzie J Oliver** How'd y'all do honey?
February 28 at 6:17pm

**RECENT ACTIVITY**

James likes Awkwardly standing there as your friend talks to someone you don't know (Local Business). · Like

James joined the group When I was your age I use to fight Pokemon not each other. · Join this Group

 **James A D'Cruz** What is good for me is constantly changing, but this choice, is about me..that's it
February 27 at 6:24pm

 **James A D'Cruz** Um...Andrea....we would like our lighter back...soon....would be nice.....
February 26 at 9:32pm

 **James A D'Cruz** Lost my hotel room key..but i know its in the room
February 26 at 6:21pm

**Chat (Offline)**


**Michael Harper** Way to go also I'm doing the penguin right behind you
February 26 at 6:27pm


**James A D'Cruz** The strange this is..he was
February 26 at 6:28pm


**James A D'Cruz** PT competition today!!!
February 26 at 9:45am


**Mackenzie J Oliver** Good Luck Hon!!!
February 26 at 9:59am


**Jackie Alexis** good luck lil brother
February 26 at 10:09am


**James A D'Cruz** In college station attempting to care about state....but all i can think about is if i am going to accept this appointment to the U.S. Naval Academy Prep School
February 25 at 10:04pm

Samantha Acuna likes this.


**Jackie Alexis** My brother is such a bad ass! love ya
February 26 at 10:14am


**James A D'Cruz** Lol actually I'm not competing in pt lol. But thanks
February 26 at 10:19am


**Erick Capulong** TWENTY FIFTEEENNN!!
February 28 at 6:35pm


**James A D'Cruz** Just recieved an offer to the United States Naval Academy Prep School!
February 24 at 7:28pm

2 people like this.


**Andrew Shea** DUDE! Congratulations!!! Knew you'd get an offer!!!
February 24 at 7:32pm


**Samantha Acuna** way to go!
February 24 at 7:54pm


**Jason Wilkes** Great success
February 24 at 8:25pm


**James A D'Cruz** "There will be war, and from this war countless bodies will spread across the world, of the soldiers that will never return."
February 23 at 9:44pm


**James A D'Cruz** "Way away away from here i'll be"
February 23 at 4:37pm

Josh Garcia likes this.


**James A D'Cruz** college station domination!!!!!!!!!!!!!!!!!!!!!........
.............maybe
February 22 at 9:50pm

2 people like this.

View all 4 comments


**Geoffrey Nauert** call me when yall are on campus
February 23 at 12:48am


**James A D'Cruz** i dont eeven have your number geoffrey
February 23 at 10:41am


**James A D'Cruz** "When it comes down to it, you have yourself, your weapon, and the guy next to you, that's it."
February 22 at 6:58pm

Tabitha Isela Martinez likes this.

**RECENT ACTIVITY**

James and Kimber Adcock are now friends. · Add Kimber as Friend
James and Maurkita Rhodes are now friends. · Add Maurkita as Friend
James and Michel Ibarra are now friends. · Add Michel as Friend


**James A D'Cruz** Some things are worth losing for ...................

Chat (Offline)

Facebook | James A D'Cruz

February 21 at 2:51pm

Tabitha Isela Martinez likes this.

 **Jason Wilkes** Like the consolation prize of a million bucks?
February 21 at 4:21pm

 **James A D'Cruz** You give the guilty man a chance, and the innocent one hangs
February 21 at 1:22am

 **James A D'Cruz** you always know what to say.
February 20 at 9:37pm

 **James A D'Cruz** "If I bit into your eye, would you kill me before i made you blind?"
February 20 at 4:35pm

 **James A D'Cruz** Shutter Island= Mind F**K
February 19 at 9:07pm

Isaac Cortez likes this.

 **Isaac Cortez** dude i saw that movie. intense thinking haha
February 20 at 11:54am

 **James A D'Cruz** Let the adventure begin
February 17 at 10:04pm

Tabitha Isela Martinez likes this.

 **James A D'Cruz** imagine what life would be like if Jesus used facebook...
February 16 at 11:49pm

2 people like this.

 **Kayla Longwell** It would be very interesting
February 16 at 11:49pm

 **Steven D'Cruz** He would be as annoyed as i am with the lack of concern and respect for each other and the planet and how everyone uses this wonderful form of communication for self involved purposes to help ignore the world more!
February 17 at 3:01pm

**RECENT ACTIVITY**

James and Rose Lopez are now friends. · Add Rose as Friend

James commented on Isaac Cortez's status.

James likes Parents call it "Back Talk" we call it "explaining why their wrong". (Club). · Like

 **James A D'Cruz** "Ignorance is strength"
February 16 at 10:02pm

 **James A D'Cruz** boycott uniforms tomorrow!!!
February 16 at 8:38pm

 **Andrew Cruz** i've been doing that man
February 16 at 9:08pm

 **James A D'Cruz** "I'm feeling like a monster"
February 15 at 10:21pm

 **James A D'Cruz** Best super power in the world...time manipulation
February 15 at 7:16pm

 **James A D'Cruz** I am HOME
February 14 at 7:29pm

**RECENT ACTIVITY**

James joined the group Lubbock High Ultimate Frisbee Team. · Join this Group

James likes I want to re-live that night... (Local Business). · Like

James likes If you have a Awesome ASIAN friend(: (Local Business). · Like

 **James A D'Cruz** I love this marksmanship

Chat (Offline)

Facebook | James A D'Cruz

$400,000
February 11 at 7:48pm

 Dan Davis Pocket change.
February 11 at 8:31pm

 **James A D'Cruz** Ohio? Didn't that place get a lot of snow.. Oh well, here I come!
February 10 at 8:50am via Mobile Web

View all 9 comments

 Antony Cognasi lol well get over it son... your going to ohio... guess where we got to go... NO WHERE... thanks to a select few...
February 10 at 12:02pm

 Stephany A Torrez Yeah but Ohio man I hate it here why are you excited?
February 10 at 1:51pm

 **James A D'Cruz** You have truely become a ghost
February 8 at 9:10pm

 **James A D'Cruz** "There is no honor in quitting, no pride in leaving, and no courage in lying about it."
February 8 at 6:07pm

 Kate Aufill I think someone I know needs to read this =P how ya doin?
February 8 at 7:28pm

 **James A D'Cruz** I bet kryptonite would make a hell of a super weapon..
February 7 at 10:01pm

 Tabitha Isela Martinez Yeaa...to superman ONLY. :D lol
February 7 at 10:05pm

**RECENT ACTIVITY**

James likes Taco Bell (Food and Beverage). · Like

James joined the group Dora the Explorer is soo an Illegal Immigrant... · Join this Group

James likes Republican Party (Non-Profit). · Like

 **James A D'Cruz** Goodbye Ghost..
February 6 at 9:54pm

 **James A D'Cruz** transform my tragedy
February 5 at 9:14pm

Christian Cristina Harrington likes this.

**RECENT ACTIVITY**

James likes When it goes quiet in the classroom, I look up to check if I'm in trouble.. (Education). · Like

James likes Stop complaining about your weather. I'm from Texas. The bipolar state. (Products). · Like

James likes WHERE THE F*CK IS MY.......... found it (Non-Profit). · Like

 **James A D'Cruz** Wars begin and Wars end, and the only thing that remains the same is mankind's rearkable ability to bounce back
February 5 at 3:26pm

 **James A D'Cruz** You wanted a war, you got one, now quit whinning and leave before I destroy you further
February 4 at 9:22pm

Mackenzie J Oliver likes this.

 Jason Wilkes muahahaha ddddddddomination!
February 4 at 9:32pm

 **James A D'Cruz** Calling out other people, is just bad policy...
February 4 at 8:38pm

Jason Wilkes likes this.

**RECENT ACTIVITY**

James likes i text so much faster when im fightin

Chat (Offline)

11/22/2010 5:17 PM

Facebook | James A D'Cruz                                    http://www.facebook.com/james.dcruz1?v=wall

James joined the group First 3 Million Get a Free Smiley T-Shirt! · Join the Group

James likes Are you thinking about me? Because I'm thinking about you. (Local Business). · Like

James likes Who is shawty? Apparently she has a lot of rapper boyfriends. (Health and Beauty). · Like

James likes When I was a kid I........no wait, I still do that (Products). · Like

 **James A D'Cruz** You see me sitting here, still waiting for you to say anything. Head hollow, kicking stones down, kicking stones down the road to Hell now.
February 4 at 6:42pm

 **James A D'Cruz** I got to be guide today during PT! I'm pretty sure we dominated that....well, all but like one
February 4 at 4:45pm

    View all 11 comments

 **James A D'Cruz** Yes!
February 4 at 6:18pm

 **Isaac Cortez** haha
February 4 at 6:20pm

**RECENT ACTIVITY**

James likes That time of night when you're over tired, and EVERYTHING is hilarious! (: (Local Business). · Like

James commented on Peyton Oldham's status.

James likes I hate it when I wake up in the morning and Barack Obama is President. (Financial Service). · Like

James likes wow thats real funny becuase thats NOT what happend AT ALL (Local Business). · Like
2 more similar stories

 **James A D'Cruz** If it is a war that you wish to start, then let me tell you, i have way more allies, i am smarter, I am stronger, and i dont accept surrender. Your choice
February 3 at 10:17pm

    2 people like this.

 **James A D'Cruz** Just did the hardest thing I think I have ever done
February 3 at 7:19pm

 **Jason Wilkes** ?
February 3 at 7:32pm

 **James A D'Cruz** If we came across a people who didn't know of war or hate, would we attack them so it would be a surprise?
February 2 at 5:22pm

 **Steven D'Cruz** Lol probably
February 2 at 6:35pm

 **Tabitha Isela Martinez** Hmm..good strategy, except for the fact thats it'sheartless :/
February 2 at 6:56pm

 **Josh Garcia** If vegetable oil is made from vegetables and olive oil is made from olives then baby oil must be made from.....
February 2 at 7:54pm

 **James A D'Cruz** Maybe...there is no box, and therefore you always think outside of it...do i smell conspiracy???
February 1 at 9:50pm

    2 people like this.

    View all 4 comments

 **Mackenzie J Oliver** I love you two. lol
February 1 at 10:04pm

 **Steven D'Cruz** The box represents normal society refering to popular thinking! Thank god for the thinkers though or we would still be worried about falling off the edge as the sun goes around us again pulled by apollo! Lol thank goodness for outside the box!
February 2 at 9:39am

 **James A D'Cruz** If there is nothing to fear but fear itself, than what am i supposed to feel everytime i see a movie where some girl is crawling on the ceiling???

Chat (Offline)

Facebook | James A D'Cruz

February 1 at 6:42pm

Tess Lehn likes this.

View all 12 comments

 **James A D'Cruz** Lmao! Idk If it was unpregnant Jessica alba I might stay
February 1 at 7:04pm

 **Jason Wilkes** Haha true
February 1 at 7:06pm

 **James A D'Cruz** If you are supposed to think outside the box, does that mean you arent supposed to think inside of it????
January 31 at 2:42pm

 **Steven D'Cruz** Operative word is think you have to function in the box and just dapple on the outside! Full on outside gets you in trouble no matter how right you are!
January 31 at 4:51pm

 **James A D'Cruz** 4 day weekend almost over....do i really have to go back?
January 31 at 2:14pm

View all 33 comments

 **James A D'Cruz** "When God gives you lemons, find a new God!!!!!!" -powerthirst
January 31 at 12:05pm

 **Will Stewart** GODBERRY, KING OF THE JUICE
January 31 at 12:12pm

 **James A D'Cruz** They will run as fast as Kenyans!!!
January 31 at 12:18pm

 **Will Stewart** IN NEW FLAVORS LIKE SHOKALADE, FIZZ BITCH, AND GUN
January 31 at 4:50pm

 **James A D'Cruz** "In the end, I look onto the sunset and know, this is but the beginning, and I will be alive tomorrow."
January 31 at 1:00am

**RECENT ACTIVITY**

James likes Yes. I do really like you. But i can't tell you cause you dont like me. (Local Business). · Like

James and Dessini Davila are now friends. · Add Dessini as Friend

James joined the group Anti obama. · Join this Group

James joined the group Marksmanship. · Join this Group

 **James A D'Cruz** If God closes a door, breath calmy, go to your room, grab some c-4, and blow it back open.
January 30 at 5:42pm

View all 4 comments

 **Jason Wilkes** C-4? why not MOAB?
January 30 at 5:57pm

 **James A D'Cruz** everyone knows what c-4 is...
January 30 at 5:58pm

 **James A D'Cruz** if clay would do it, and D'Cruz is laughing, dont even think about doing it
January 29 at 11:59pm

View all 30 comments

 **Alexia Brooke Flores** All sounds so yummy he would love it
January 30 at 12:43am

 **Clay Smith** anywho....back to having fun and getting fired at state.
January 30 at 12:45am

 **James A D'Cruz** if clay would do it, then you probably shouldnt...even think about it
January 29 at 11:30pm

2 people like this.

| Chat (Offline) |
| --- |

Facebook | James A D'Cruz

http://www.facebook.com/james.dcruz1?v=wall

View all 9 comments

 **Clay Smith** James you seem to be my partner in crime with these sorts of things
January 29 at 11:58pm

 **James A D'Cruz** hold on let me correct it
January 29 at 11:59pm

 **James A D'Cruz** If only there was a place where it could be like 80 and snowing...
January 29 at 4:14pm

 **James A D'Cruz** I could teach you tricks thatll blow your mind
January 29 at 2:17pm

View all 4 comments

 **Joshua L Gaskill** That's not something I'd brag about
January 29 at 2:51pm

 **Joshua L Gaskill** That's not something I'd brag about
January 29 at 3:28pm

 **James A D'Cruz** I dont see why obama's union adress is a big deal, the idiot is on the air 24/7
January 27 at 10:04pm

Tabitha Isela Martinez likes this.

View all 6 comments

 **Kenny Rose** ITs because he is the FIRST black guy, it makes every little thing he does MONUMENTAL.
January 27 at 10:16pm

 **Jason Wilkes** exactly what i said
January 27 at 10:31pm

**RECENT ACTIVITY**

James commented on Nick Tidwell's status.

James and Arthur A. Rios are now friends. · Add Arthur as Friend

James commented on Tess Lehn's status.

 **James A D'Cruz** "Protect the weak by devouring the wicked."
January 27 at 8:03pm

View all 30 comments

 **James A D'Cruz** mine always starts and isnt beaten up and wilkes's can devour yours
January 27 at 10:47pm

 **Jason Wilkes** haha hoorah front guard
January 27 at 10:48pm

**RECENT ACTIVITY**

James likes Dear Pringles, I cannot fit my hand inside your tube of deliciousness. (Local Business). · Like

James likes Not wanting to go to bed, then in the morning not wanting to wake up (Local Business). · Like

James joined the group If I get 418,000 people to join, I'll ask my girlfriend to marry me! · Join this Group

 **James A D'Cruz** Has a great idea, and now knows everything that he needs to do to be happy
January 26 at 8:41pm

2 people like this.

 **Samantha Acuna** Good luck with that friend
January 26 at 9:35pm

 **James A D'Cruz** am officially the laziest senior!
January 26 at 6:55pm

View all 4 comments

 **Tabitha Isela Martinez** Sucka!!! :p aww, i'll honestly say i'm goin to miss you :D lol the seat next to me, just wont be occupied without you. lol x)
January 26 at 7:05pm



**Chat (Offline)**

11/22/2010 5:17 PM



**Stephany A Torrez** aww james I was the laziest senior my senior year :) your not the only one though lol
January 26 at 7:08pm



**James A D'Cruz** "Peace is a sad excuse to wage war"
January 25 at 11:11pm

Ev Langston likes this.



**Steven D'Cruz** Did you write that right? The last jae I talked to would have said "peace is a wonderful excuse to wage war! All hail the apocolpyse!" LOL
January 26 at 4:12am



**James A D'Cruz** i am merely stating that the fact that we declare peace as a primary reason for war is a delusional way of looking at the world. There are many reasons to wage wars and many of them good. There is also many ways to fight for peace. I am merely stating that to declare peace and then send an invasion force to destroy another people is not peace even after you win. Man will always tear himself apart even when only one survives
January 26 at 8:44pm



**James A D'Cruz** "Maybe God is just tired of the bull shit.." -Legion
January 25 at 7:00pm

Catarina Gutierrez likes this.



**Jason Wilkes** therefore hey should smite school
January 25 at 7:35pm



**Jason Wilkes** he*
January 25 at 7:35pm



**James A D'Cruz** Ill prevail, somehow..i always manage to surprise myself.
January 24 at 11:20pm

**RECENT ACTIVITY**

James and Robert Suddarth are now friends. · Add Robert as Friend



**James A D'Cruz** This wasnt the ending I had anticipated.
January 24 at 10:36am



**Jackie Alexis** ?? Whats going on lil brother?
January 24 at 10:45am



**James A D'Cruz** and as the cards fall, I find myself helpless and I can't help but say maybe, just maybe, I made the wrong choice.
January 24 at 12:03am



**Jackie Alexis** There is no such thing as a wrong choice. Every choice leads to new experiences, and that is what life is all about. :)
January 24 at 10:47am



**James A D'Cruz** waiting...yep, still waiting........
January 23 at 7:13pm

**RECENT ACTIVITY**

James and Nick Tidwell are now friends. · Add Nick as Friend

James likes I Don't Care If There's Plenty More Fish In The Sea. I Want THAT Fish! (Local Business). · Like

James likes I hate mondays, tuesdays, wednesdays, thursdays and half of friday. (Local Business). · Like



**James A D'Cruz** I'm taking a year to be normal
January 22 at 10:16pm



**Erick Capulong** Does this mean you'll be contributing some percentage of liberal progressive thinking to your thoughts? haha, jk

Taking a year off will do you good. Even Harvard recommends it. =/
January 22 at 11:29pm



**James A D'Cruz** lol yeah maybe ill become normal and begin to get my motivation back
January 22 at 11:56pm



**James A D'Cruz** What if the hokie pokie was actually what it was all about?
January 22 at 8:13pm

Chat (Offline)

Richie Zapata likes this.

View all 4 comments

 **Steven D'Cruz** Lol I found out the hokie pokie is actually based off a
catholic ritual! Look it up
January 22 at 9:53pm

 **Steven D'Cruz** It's to remember what order to do the motions of the
insence
January 22 at 9:53pm

 **James A D'Cruz** Actually, does anyone have any blue books? I dont want
to actually go to the store to buy them
January 20 at 7:16pm

View all 6 comments

 **Tabitha Isela Martinez** I meant "Oh come on!!" :] oops.
January 20 at 7:31pm

 **James A D'Cruz** Ha ha sucker!
January 20 at 7:32pm

 **James A D'Cruz** You wear me out..
January 20 at 7:15pm

 **Melissa Dang**
In this note: James A D'Cruz

**Procrastination**
Rules: Once you've been tagged, you are supposed to write a note with 26 random
things, facts, or goals. At the end, choose 26 people to be tagged. You have to tag the
person who tagged you. If I tagged you, I did it because we are close, we were once
close, i want to know more about you. 1...

January 20 at 6:55pm · View note

 **James A D'Cruz** Massachussetts chose republican!
January 19 at 10:04pm

 **Jason Wilkes** hoorah!
January 19 at 10:07pm

**RECENT ACTIVITY**

James likes The Mini Spaz Attack When Your In Bed, Half Asleep And Imagine Your
Falling (Health and Beauty). · Like
James likes I don't care if it's 5 minutes or a whole night, i just want to see you. (Local
Business). · Like

 **James A D'Cruz** Went to Starbucks with Liz... had fun, i needed to get
away for a while lol
January 18 at 7:06pm

 **James A D'Cruz** Wants to go chill at Starbucks
January 18 at 4:04pm

 **Melissa Dang**
In this note: James A D'Cruz

**Dear Stranger**
Dear Stranger, I know I knew you once, knew you so well that with my eyes closed I
could tell you in detail the expression on your face. I used to know that you liked yellow
squash better than zucchini, and that the taste of dark chocolate left a bitter side effect
tingling on your tongue...

January 17 at 11:06pm · View note

 **James A D'Cruz** nights like tonight, i cant wait until im in some foreign
country with my rifle
January 17 at 9:45pm

Jason Wilkes likes this.

**RECENT ACTIVITY**

James commented on Peyton Oldham's status.
James commented on Peyton Oldham's status.
James likes That's definitely NOT what happened. Who told you that?? (Non-Profit). · Like

 **James A D'Cruz** Well i predicted that tonight would be messed up, but i
wasnt sure to this degree.. i cant wait until t                    Chat (Offline)

Facebook | James A D'Cruz

http://www.facebook.com/james.dcruz1?v=wall

January 17 at 9:06pm



**James A D'Cruz** totally bought a nerf shotgun... idk if that makes me cool or not, but i am having a ball with it
January 16 at 4:29pm

Elizabeth Wu likes this.

View all 6 comments



Elizabeth Wu heyyyy! :D
:( sorry, I've got a belt test tomorrow...I'm going blue to brown! but it'll take all afternoon....
January 16 at 6:18pm



James A D'Cruz ...hmm what are you doing tonight?
January 16 at 6:19pm



**James A D'Cruz** i bet there was at least one haitian claiming the sky was falling...then a piano hit him....lol i know that was in bad taste
January 15 at 8:59pm

View all 19 comments



James A D'Cruz I do apologize for the too soon part though
January 16 at 2:45pm



Isaac Cortez yeah apology accepted, you are speaking your mind but its just too soon
January 16 at 2:46pm



**James A D'Cruz** Finished, a concept that is supposed to arouse happiness
January 14 at 6:53pm

View all 8 comments



Erick Capulong Find me a waterproof camera, a fuckin huge lens, then domesticate a baby whale. I'll get it done.

Shamu doesn't count. Sea World owns him.
January 14 at 7:20pm



James A D'Cruz ha yeah royalties suck
January 14 at 7:21pm

**RECENT ACTIVITY**

James likes When I Was Younger, I Put My Face Close to the Fan to Hear My Robot Voice (Local Business). · Like

James likes Alan from "The Hangover" (Comedian). · Like

James joined the group Americans United AGAINST The Prosecution of 3 NAVY SEALs. · Join this Group

James joined the group 55 Things Guys wish Girls Knew. · Join this Group



**James A D'Cruz** I'll show you things that will blow your mind
January 14 at 5:24pm



**James A D'Cruz** whatever... im done with this game
January 13 at 10:43pm



Maria Carmina Albutra :(
January 13 at 10:45pm



**James A D'Cruz** Proud to be an infidel
January 13 at 9:46pm

2 people like this.



**James A D'Cruz** "an eye for an eye leaves the whole world blind, thats why I take their heads."
January 13 at 8:59pm



**James A D'Cruz** Why the cold shoulder?
January 13 at 6:35pm



**James A D'Cruz** the truth is rarely pure and never simple
January 12 at 5:34pm

| Chat (Offline) |

11/22/2010 5:17 PM

Facebook | James A D'Cruz                                                    http://www.facebook.com/james.dcruz1?v=wall

**James A D'Cruz**



**James Just Discovered The Top Words in Status Updates**
1): academy - used 12 times
2): war - used 10 times
3): point - used 10 times
4): west - used 10 times
5): tomorrow - used 9 times
6): people - used 9 times
7): naval - used 9 times
8): ready - used 7 times
9): love - used 7 times
10): home - used 7 times

☆ January 12 at 4:53pm via Top Words · Discover Your Top Words


Jason Wilkes haha nice
west point and naval academy
January 12 at 6:52pm


**James A D'Cruz** I need some strength..
January 11 at 10:17pm

**RECENT ACTIVITY**

James and Cody Penny are now friends. · Add Cody as Friend

James likes Getting in a warm car on a cold day (Travel). · Like

James and Yesenia Torres are now friends. · Add Yesenia as Friend

James commented on Melissa Dang's status.


**James A D'Cruz** school is for losers!...Ill see you guys tomorrow...
January 10 at 9:12pm

Isaac Cortez likes this.


**James A D'Cruz** there is a song eating away at my mind but i cant
remember the stupid name, lyrics, or who it is by.... this is retarded lol
January 10 at 5:07pm


Mackenzie J Oliver What's it about? How does it go?
January 10 at 5:10pm

**RECENT ACTIVITY**

James commented on Isaac Cortez's status.


**James A D'Cruz** will soon have an awesome dictator picture
January 8 at 7:19pm


**James A D'Cruz** pleased with himself
January 7 at 8:53pm

Clay Smith likes this.


**Melissa Dang**
In this note: James A D'Cruz
**What is it about**
What is it about wanting what we can't have? The lure, the chase, the game That
broken and twisted laugh that sounds more like shame. ...

January 4 at 11:48pm · View note


**James A D'Cruz** I just want to leave the world colder.
January 4 at 9:31pm

Catarina Gutierrez likes this.


**James A D'Cruz** you have to love when you see something that ends up
being nothing but a shadow of yourself
January 4 at 8:57pm


**James A D'Cruz** Mit diesem zeige ich dir meine Hölle
January 4 at 6:14pm

Benjamin Rahman likes this.


Joshua L Gaskill Queer
January 4 at 7:16pm


James A D'Cruz Lol I'm not in the navy sorry
January 4 at 7:16pm


Joshua L Gaskill Ummmmmmmmmmmmm        **Chat (Offline)**

Facebook | James A D'Cruz                                http://www.facebook.com/james.dcruz1?v=wall

 hhummmmmmmmmmmmmumummmmm
mmmmmmmmmmmmmuhhhhhhhhhhhh
hhhhhhhhhhhhhhhhhhhhhhhhhhhh still queer
January 4 at 9:11pm

 **James A D'Cruz** what classes do we have tomorrow???
January 4 at 12:05am

  View all 8 comments

   **Tabitha Isela Martinez** Im guessin ths a good thing.... :) yea, my
  schedule has changed. i dnt even know, im goin to bed. lol cya! :D
  January 4 at 1:09am

   **James A D'Cruz** ttyl
  January 4 at 1:10am

 **James A D'Cruz** two hours everyday for two weeks....this better end up
in my favor
January 3 at 11:51pm

 **James A D'Cruz** ...damn
January 3 at 8:44pm

  Catarina Gutierrez likes this.

 **James A D'Cruz** waiting for the message..
January 2 at 11:45pm

 **James A D'Cruz** yeah, you got my back against the wall
January 2 at 6:25pm

 **James A D'Cruz** I dont know why you didnt ask me to stay, it was
obvious that you wanted me to.
January 1 at 5:17pm

 **James A D'Cruz** clicked my heels together and didnt get home, turns out
you need to get on the plane and sit down first, thanks continental
January 1 at 3:18pm

   **Samantha Martinez** Awh that sucks you'll be home soon then you'll
  be ready to leave again
  January 1 at 3:20pm

   **James A D'Cruz** lol I'm home I heard that on TV
  January 1 at 3:21pm

   **Samantha Martinez** Ha lame James dcruz
  January 1 at 3:22pm

  **RECENT ACTIVITY**

  James likes OmgHumor.com (Website). · Like

  James joined the group Project Red Shirt.

  James and Sara Haghsheno-Sabet are now friends. · Add Sara as Friend

 **James A D'Cruz** Confused, oh so very confused
📱 December 29, 2009 at 4:37pm via Mobile Web

  View all 10 comments

   **Melissa Dang** mmk, but seriously if you need someone talk to call
  me =] I haven't talked to you in forever anyways so it'll be a goo
  excuse =]
  December 29, 2009 at 10:03pm

   **Melissa Dang** *good
  wow...lame lol
  December 29, 2009 at 10:04pm

 **James A D'Cruz** Darkness consumes us all on this night gentlemen
📱 December 27, 2009 at 11:34pm via Mobile Web

 **James A D'Cruz** Why the hell did I do that?
📱 December 27, 2009 at 1:19pm via Mobile Web

   **Catarina Gutierrez** cuz you are a crazy mofo
  December 27, 2009 at 2:17pm

 **James A D'Cruz** "After hunting men, nothin
📱

Chat (Offline)

Facebook | James A D'Cruz                                    http://www.facebook.com/james.dcruz1?v=wall

December 26, 2009 at 5:47pm via Mobile Web

Clay Smith likes this.

 **James A D'Cruz** Chillin in warm, sunny Florida
December 26, 2009 at 11:15am

 **James A D'Cruz** Nothing angers me more than to watch this series of
events unfold in my hands and me being completely unable to stop it.
December 22, 2009 at 11:34pm via Mobile Web

View all 6 comments

 **Jason Wilkes** Alright man
December 23, 2009 at 10:30am

 **James A D'Cruz** Yeah sorry man. I just...I need to let this one sit.
Thanks for the concern though.
December 23, 2009 at 4:31pm

 **James A D'Cruz** "The caliber of the bullet, shine of the gun, or the gun
itself doesn't matter. what matters is who gets shot with it"
December 19, 2009 at 7:51pm

**RECENT ACTIVITY**

James commented on Isaac Cortez's status.

James likes I Wish Music Played During Epic Moments of My Life and Not Just in Movies.
(Education). · Like

James likes Saying "I'm Tired" When Your Actually Sad (Public Figure). · Like

 **James A D'Cruz** Ready to go where life will take me from the trenches
to the beaches.
December 17, 2009 at 10:12pm

4 people like this.

  **Jason Wilkes** or the sandbox...
December 17, 2009 at 11:46pm

 **James A D'Cruz** hey its called imagination!
December 18, 2009 at 6:47pm

 **James A D'Cruz** put out an eletrical fire....these good deeds are starting
to build up
December 16, 2009 at 6:49pm

 **James A D'Cruz** had the option of my naval academy file going up
tomorrow or late january and i took late january...
December 16, 2009 at 4:56pm

 **Kayla Longwell** I hope you get in. Have you applied to West Point?
December 16, 2009 at 5:02pm

 **James A D'Cruz** I received a letter from the Coast Guard Academy and
thought it was my letter of exceptance so i tore it open.....turns out it was
just a news letter.....fml
December 14, 2009 at 5:55pm

 **Kate Aufill** dislike....
December 14, 2009 at 6:22pm

 **Melissa Dang** ouch...
December 15, 2009 at 9:35pm

 **James A D'Cruz** This has been the first worthwhile day in a long time
December 13, 2009 at 9:28pm

**RECENT ACTIVITY**

James and Myra Gomez are now friends. · Add Myra as Friend

James joined the group What do we dislike about Facebook? · Join this Group

James and Gracie Mahan are now friends. · Add Gracie as Friend

James likes I Stand In The Shower For An Hour Because I like Hot Water. (Local
Business). · Like

 **James A D'Cruz** When God gives you lemons, find a new god!
December 12, 2009 at 10:48pm

View all 8 comments

**Chat (Offline)**

11/22/2010 5:17 PM

 **Jason Wilkes** nope, no debt, not with obamanomics!
December 13, 2009 at 2:54pm

 **James A D'Cruz** Yay!
December 13, 2009 at 2:54pm

 **Melissa Dang**
In this note: James A D'Cruz

**Autumn's Whisper**
So in English we just finished "Running in the family" by Michael Ondaatje and it got me inspired to write a vignette, so here it goes =] It's not that leaves must fall, it's how they fall and what happens after it. It's a...

December 8, 2009 at 12:27am · View note

**RECENT ACTIVITY**

James joined the group Lubbock High ROTC Chief-Officer Corps.
James and Michelle DeJennifer are now friends. · Add Michelle as Friend
James and Robert Allen Mansfield are now friends. · Add Robert as Friend

**RECENT ACTIVITY**

James and Antony Cognasi are now friends. · Add Antony as Friend
James and Logan Provo are now friends. · Add Logan as Friend

**RECENT ACTIVITY**

James joined the group LHS Senior Party 2010. · Join this Group
James and Ambriel Marie Hernandez are now friends. · Add Ambriel as Friend
James and Allie Hassenflu are now friends. · Add Allie as Friend
3 more similar stories
James commented on Dan Davis's photo.
James likes Friday Night Football Games (Sports / Athletics). · Like

**RECENT ACTIVITY**

James joined the group NYLF National Security Session 3- James Group.
James and Anna Ruth Aaron are now friends. · Add Anna as Friend
James and Chris Keisser are now friends. · Add Chris as Friend
2 more similar stories

 **Melissa Dang**
In this note: James A D'Cruz

**Jasmine and Rain**
Jasmine and Rain November 5th, 2008 You're cordially invited to attend the wedding ceremony of Samuel Mors and Allie Mane this Saturday on December 6th, 2008 at 9:00 A.M. ...

October 12, 2009 at 1:20am · View note

**RECENT ACTIVITY**

James and Andi Paredez Jr. are now friends. · Add Andi as Friend

**RECENT ACTIVITY**

James activated Facebook Mobile.
James and Josh Garcia are now friends. · Add Josh as Friend

 **Melissa Dang**
In this note: James A D'Cruz

**Little White Lies**
Extended arms, straining sight Still, there is no glimpse, no flicker With which identify a familiar light Just the ever clever trickster who laughs because he's coy ...

September 23, 2009 at 11:43pm · View note

**RECENT ACTIVITY**

James and Laura Villalobos are now friends. · Add Laura as Friend
James and Leslie Chastain-Sluka are now friends. · Add Leslie as Friend
5 more similar stories
James likes United States Marine Corps (Professional Service). · Like

**RECENT ACTIVITY**

James and Mackenzie J Oliver are now friends. · ⌐

**Chat (Offline)**

Facebook | James A D'Cruz                    http://www.facebook.com/james.dcruz1?v=wall

James likes Spinny Chairs (Home Living). · Like

James and Katie Roberson are now friends. · Add Katie as Friend

James likes Blu Sushi (Restaurant). · Like

James and Samantha Martinez are now friends. · Add Samantha as Friend

**RECENT ACTIVITY**

James and Isaac Cortez are now friends. · Add Isaac as Friend

James and Tim Allison are now friends. · Add Tim as Friend

James and Clarissa Chew are now friends. · Add Clarissa as Friend



**Melissa Dang**
In this note: James A D'Cruz

**Cut Throat**
Inspiration to write...so I couldn't help myself =] You breathe I breathe so we'll get over it right? ...

September 4, 2009 at 12:57am · View note

**RECENT ACTIVITY**

James and Haley Harris are now friends. · Add Haley as Friend

James joined the group 1,000,000 Members By 10/10/10!!! · Join this Group

**RECENT ACTIVITY**

James likes I'm a Senior Class of 2010 (Travel Service). · Like

James and Spencer Simpson are now friends. · Add Spencer as Friend

James and Sean Spinney are now friends. · Add Sean as Friend

James and John Brock are now friends. · Add John as Friend



**Melissa Dang**
In this note: James A D'Cruz

**This is not my fault...I got tagged. =p**
Bored and Tagged so here I go. To do this, go to "notes" under tabs on your profile page, paste these instructions in the body of the note, type your title as "Getting to know each other!", tag 25 people including me (tagging is done in the right hand corner of the app) then click publish. ...

August 5, 2009 at 12:52am · View note



**Melissa Dang**
In this note: James A D'Cruz

**I Got Tagged...and I'm bored =p**
Rule #1: If you open this you take it. Rule #2: You are NOT ALLOWED to explain ANYTHING unless someone messages you and asks. ...

August 4, 2009 at 7:30pm · View note

**RECENT ACTIVITY**

James likes Yelling at inanimate objects (Education). · Like

James likes Megan Fox (Actor). · Like

James and Malcolm Kuki Trammell are now friends. · Add Malcolm as Friend

James and Kenny Rose are now friends. · Add Kenny as Friend

**RECENT ACTIVITY**

James and Gracie Lemon are now friends. · Add Gracie as Friend

James likes "I'm Proud To Be Christian" by Aaron Chavez (Religious Center). · Like

James likes Michael Jackson (Musician). · Like

James and Safa Arzaghi are now friends. · Add Safa as Friend

James likes Victoria's Secret (Fashion). · Like

James likes Original Pokémon (TV Show). · Like

**RECENT ACTIVITY**

James and Shane Hope are now friends. · Add Shane as Friend

James likes Finding Money In Your Pocket (Local Business). · Like

James likes We Want a Dislike Option (Local Business). · Like

James joined the group Support For Troops in Iraq. · Join this Group

James likes Sonic (Restaurant). · Like

James likes Rain (Products). · Like

4 more similar stories

James joined the group USNASS 09 ALPHA COMPANY. · Join this Group

Chat (Offline)

Facebook | James A D'Cruz                                    http://www.facebook.com/james.dcruz1?v=wall

**Melissa Dang**
In this note: James A D'Cruz

**Crossed Lines**
I'm not sorry anymore. For the things I haven't done. My heart is bruised and sore but
my guilty conscience is gone. ...

June 10, 2009 at 10:34pm · View note

**RECENT ACTIVITY**

James and Kiona Roseburg are now friends. · Add Kiona as Friend

James joined the group We Will Not Pay To Use Facebook. We Are Gone If This Happens
▶ ▶ INVITE ALL! · Join this Group

James and Kiel Becker are now friends. · Add Kiel as Friend

James joined the group I Bet I Can Find 1,000,000 People That Think Scrubs Should Stay
On The Air. · Join this Group

James likes I like the smell of rain (Actor). · Like

James likes bubblewrap (Products). · Like

3 more similar stories

**RECENT ACTIVITY**

James and Morgan Humphrey are now friends. · Add Morgan as Friend

James likes The Suites Apartments (Local Business). · Like

James likes Not being on fire (Medical Service). · Like

9 more similar stories

**RECENT ACTIVITY**

James likes BBQ's (Local Business). · Like

James likes Wikipedia (Non-Profit). · Like

6 more similar stories

James and Tavin Blane Dotson are now friends. · Add Tavin as Friend

**RECENT ACTIVITY**

James joined the group we CAN find 10,000,000 Christians on facebook. · Join this Group

James likes Mexican Food (Food and Beverage). · Like

James likes Brownies (Food and Beverage). · Like

4 more similar stories

James and Noel V Tokar are now friends. · Add Noel as Friend

James and Alex Rivas are now friends. · Add Alex as Friend

**RECENT ACTIVITY**

James likes Its ok i will do it tomorrow (Local Business). · Like

James likes Texting (Technology and Telecommunications Service). · Like

James and Nicolas Bandini are now friends. · Add Nicolas as Friend

James and Lorena Ibarra are now friends. · Add Lorena as Friend

2 more similar stories

James likes Sonic ice (Food and Beverage). · Like

James likes Batman: The Dark Knight (Movie). · Like

4 more similar stories

**RECENT ACTIVITY**

James and Jessica Christine Stephens are now friends. · Add Jessica as Friend

James likes summer (Local Business). · Like

James likes Summer (Health and Beauty). · Like

James likes Cookie Dough (Food and Beverage). · Like

James and Christian Harwood are now friends. · Add Christian as Friend

James installed the iPhone application on his phone.

James likes Girl Scouts Cookies: Thin Mints (Food and Beverage). · Like

James joined the group Tea Party. · Join this Group

James likes Raising Cane's (Restaurant). · Like

James and Kris Talbert are now friends. · Add Kris as Friend

James likes Starbucks Coffee (Application). · Like

James likes Gene Wilder (Actor). · Like

3 more similar stories

James and Constance Schmitz-Mousavi are now friends. · Add Constance as Friend

**RECENT ACTIVITY**

**Chat (Offline)**

Facebook | James A D'Cruz

James likes F My Life (Application). · Like

James likes Reptar (Public Figure). · Like

James and Clarissa Baker are now friends. · Add Clarissa as Friend

James and Mamie Brown are now friends. · Add Mamie as Friend

James joined the group West Point. · Join this Group

**RECENT ACTIVITY**

James joined the group I Hate When My Scantron Answers Line Up. · Join this Group

James and Wendy Kissko are now friends. · Add Wendy as Friend

James commented on Melissa Dang's note Rising Dawn.



**Melissa Dang**
In this note: James A D'Cruz

**Rising Dawn**
Well into the escapades of an ebony night, A conversation was spoken light and fond. There was a dispelling of smoke and slight- Wiping away a smog that had covered dawn...

March 24, 2009 at 11:54pm · View note

**RECENT ACTIVITY**

James and Ashley Trottier are now friends. · Add Ashley as Friend

**RECENT ACTIVITY**

James joined the group LIFE- Let's see how many pro-life people are on facebook. · Join this Group

**RECENT ACTIVITY**

James and Maddie Hartsfield are now friends. · Add Maddie as Friend

James joined the group Soldiers Heroes or not? your thoughts? · Join this Group

**RECENT ACTIVITY**

James and Kenny Eident are now friends. · Add Kenny as Friend

James and Zach Winders are now friends. · Add Zach as Friend

James commented on Melissa Dang's photo.

James and Menaka Yadav are now friends. · Add Menaka as Friend

**RECENT ACTIVITY**

James and Elizabeth Sewell are now friends. · Add Elizabeth as Friend

James went from being "it's complicated" to "single."

James and Katie Rose Pattillo are now friends. · Add Kate as Friend

James and Andrew Riojas are now friends. · Add Andrew as Friend

2 more similar stories



**Marissa Marie**
In this note: James A D'Cruz

**For your Information**
Rules: Once you've been tagged, you are supposed to write a note with 25 random things, facts, habits, or goals about you. At the end, choose 25 people to be tagged. You have to tag the person who tagged you. If I tagged you, it's because I want to know more about you. 1...

January 22, 2009 at 9:01pm · View note

**RECENT ACTIVITY**

James and Ben Xie are now friends. · Add Ben as Friend

James and Cortny Cognasi are now friends. · Add Cortny as Friend

7 more similar stories



**Melissa Dang**
In this note: James A D'Cruz

**The Key to Cold Weather**
The sky was shrouded that day, covered in a blanket of dark grey. The window that I looked out from was slightly fogged due to winter's frigid breathing. ...

January 11, 2009 at 4:45pm · View note

**RECENT ACTIVITY**

James and Bailey Peterson are now friends. · Add Bailey as Friend

James joined the group SAVE KTXT 88.1 FM. · Joi

Chat (Offline)

11/22/2010 5:17 PM

James and Benjamin Holmes are now friends. · Add Benjamin as Friend

**RECENT ACTIVITY**

James and Richie Zapata are now friends. · Add Richie as Friend
James and Eric Lee are now friends. · Add Eric as Friend
3 more similar stories
James edited his Hometown, Looking For and Interested In.
James is in a relationship and it's complicated.
James and Mark Lange are now friends. · Add Mark as Friend
James and Stephen Garcia are now friends. · Add Stephen as Friend
James and Dhaval Ganatra are now friends. · Add Dhaval as Friend


**Marissa Marie**
In this note: James A D'Cruz

Movies!
1. Pick 15 of your favourite movies. 2. Go to IMDb and find a quote or two from each movie. 3. Post them here for everyone to guess. 4. Fill in the film title once it's guessed. 5. NO GOOGLING/using IMDb search functions ...

December 29, 2008 at 11:37am · View note

**RECENT ACTIVITY**

James and Will Stewart are now friends. · Add Will as Friend

**RECENT ACTIVITY**

James and Marissa Jimenez are now friends. · Add Marissa as Friend
James and Stephany A Torrez are now friends.
3 more similar stories
James joined the group Texas Must Secede! · Join this Group
James joined the group Lets Find 1,000,000 Supporters for the Marines. · Join this Group
2 more similar stories
James and Rudy Portillo are now friends. · Add Rudy as Friend

**RECENT ACTIVITY**

James and Caitlin Campagna are now friends. · Add Caitlin as Friend
James and Clay Smith are now friends. · Add Clay as Friend
James joined the group MILLIONS AGAINST FACEBOOK's PRIVACY POLICIES AND LAYOUT REDESIGN. · Join this Group
James and Hollie Gurrola are now friends. · Add Hollie as Friend
James and Katie Beth Gallagher are now friends. · Add Katie Beth as Friend
James likes Sarah Palin (Politician). · Like
James and Nick Liman are now friends. · Add Nick as Friend
James and Komal Parikh are now friends. · Add Komal as Friend
2 more similar stories

 **James A D'Cruz** James A D'Cruz bought Richard Alan Brown for $7028
 Click here to buy and sell your friends!

August 4, 2008 at 2:01pm

 **James A D'Cruz** James A D'Cruz bought Marii Malagayo for $112330
 Click here to buy and sell your friends!

August 4, 2008 at 2:01pm

 **James A D'Cruz** James A D'Cruz bought Richard Alan Brown for $5808
 Click here to buy and sell your friends!

August 1, 2008 at 7:14pm

 **James A D'Cruz** James A D'Cruz bought Rod D&#039;Angelo for $1123

**Chat (Offline)**


Click here to buy and sell your friends!

August 1, 2008 at 7:13pm


**James A D'Cruz** James A D'Cruz bought Rod D&#039;Angelo for $928

Click here to buy and sell your friends!

August 1, 2008 at 1:51pm

**James A D'Cruz** James A D'Cruz bought Marii Malagayo for $92834

Click here to buy and sell your friends!

August 1, 2008 at 1:51pm

**James A D'Cruz** James A D'Cruz bought Richard Alan Brown for $4800

Click here to buy and sell your friends!

August 1, 2008 at 1:51pm

**James A D'Cruz** James A D'Cruz bought Marii Malagayo for $76723

Click here to buy and sell your friends!

July 27, 2008 at 11:34pm

**James A D'Cruz** James A D'Cruz bought Richard Alan Brown for $3966

Click here to buy and sell your friends!

July 27, 2008 at 11:34pm

**James A D'Cruz** James A D'Cruz bought Marii Malagayo for $63407

Click here to buy and sell your friends!

July 24, 2008 at 10:13pm

**James A D'Cruz** James A D'Cruz bought Rod D&#039;Angelo for $767

Click here to buy and sell your friends!

July 24, 2008 at 10:12pm

**James A D'Cruz** bought David Austin Gutierrez for $27732

Click here to buy and sell your friends!

July 19, 2008 at 1:41pm

**James A D'Cruz** bought Maria Carmina Albutra for $26551

Click here to buy and sell your friends!

July 19, 2008 at 1:41pm



| Chat (Offline) |
| --- |

Facebook | James A D'Cruz                                     http://www.facebook.com/james.dcruz1?v=wall

**RECENT ACTIVITY**

James and Jocelyn Kennedy are now friends. · Add Jocelyn as Friend



**James A D'Cruz** bought Melissa Dang for $715575


Click here to buy and sell your friends!

🗞 July 2, 2008 at 12:33am



**James A D'Cruz** bought Melissa Dang for $591384


Click here to buy and sell your friends!

🗞 June 23, 2008 at 5:39pm

**RECENT ACTIVITY**

James and Bayless Drum are now friends. · Add Bayless as Friend

James and Stephanie Corbett are now friends. · Add Stephanie as Friend

James joined the group Abraham Lincoln was a Tyrant. · Join this Group

James joined the group One Body of Christ Experiment (all Christians on Facebook). · Join this Group

James and Constance Schmitz-Mousavi are now friends. · Add Constance as Friend



**James A D'Cruz** bought a Box of Chocolates for Melissa Dang

Click here to buy gifts for your pets!

🗞 June 10, 2008 at 12:39pm



**James A D'Cruz** bought Melissa Dang for $488747


Click here to buy and sell your friends!

🗞 June 8, 2008 at 4:32pm

**RECENT ACTIVITY**

James and Taylor Jennings are now friends. · Add Taylor as Friend

James and Matthew Adame are now friends. · Add Matthew as Friend



**Tess Lehn**

In this note: James A D'Cruz

**a little thank you =]**

Well school is out! We did it again.... i just wanted to thank you guys for all the great times. it would have been hard core lame without you! Im really sad about the seniors leaving! I hope you will understand how happy i am to know you and call you my friends. i will miss you all so much...

May 29, 2008 at 3:21pm · View note

**RECENT ACTIVITY**

James likes John McCain (Politician). · Like

James and Maggie Jordan are now friends. · Add Maggie as Friend

**RECENT ACTIVITY**

James and Mollie Garza are now friends. · Add Mollie as Friend

James and Connad Higgins are now friends. · Add Connad as Friend

2 more similar stories



**James A D'Cruz** found a perfect 10 using the HOTorNOT application!


What do you think?
Click here to see the hottie James gave a perfect 10!

May 4, 2008 at 11:15pm

**James A D'Cruz** rated Melissa Dang's HOTNESS on HOTorNOT

| Chat (Offline) |



Click here to rate Melissa OR click here to find HOTTIES on MeetMe @ HOTorNOT!

May 4, 2008 at 11:15pm



**James A D'Cruz** rated Elizabeth Wu's HOTNESS on HOTorNOT



Click here to rate Elizabeth OR click here to find HOTTIES on MeetMe @ HOTorNOT!

May 4, 2008 at 11:15pm



**James A D'Cruz** rated people on HOTorNOT.



The HOTTIE on the left got a score of 9.7! Click here to MEET or RATE her!

May 4, 2008 at 11:15pm

**James A D'Cruz** bought Jake Shelby for $716



Click here to buy and sell your friends!

May 4, 2008 at 11:12pm

**James A D'Cruz** bought Erick Capulong for $1581



Click here to buy and sell your friends!

May 4, 2008 at 11:12pm

**James A D'Cruz** bought Wilson Vance Villegas for $6498

Click here to buy and sell your friends!

May 4, 2008 at 7:08pm

**James A D'Cruz** rated Marissa Marie's HOTNESS on HOTorNOT



Click here to rate Marissa OR click here to find HOTTIES on HOTorNOT!

April 27, 2008 at 12:40am

**James A D'Cruz** rated Elizabeth Wu's HOTNESS on HOTorNOT



Click here to rate Elizabeth OR click here to find HOTTIES on MeetMe @ HOTorNOT!

April 27, 2008 at 12:38am

**James A D'Cruz** found a perfect 10 using the HOTorNOT application!



What do you think?
Click here to see the hottie James gave a perfect 10!

April 27, 2008 at 12:37am

**James A D'Cruz** found a perfect 10 using the HOTorNOT application!



What do you think?
Click here to see the hottie James gave a perfect 10!

April 27, 2008 at 12:36am

**James A D'Cruz** found a perfect 10 using the HOTorNOT application!












| Chat (Offline) |



What do you think?
Click here to see the hottie James gave a perfect 10!

April 27, 2008 at 12:35am

**James A D'Cruz** found a perfect 10 using the HOTorNOT application! 



What do you think?
Click here to see the hottie James gave a perfect 10!

April 27, 2008 at 12:34am

**James A D'Cruz** found a perfect 10 using the HOTorNOT application! 



What do you think?
Click here to see the hottie James gave a perfect 10!

April 27, 2008 at 12:33am

**James A D'Cruz** rated people on HOTorNOT. 



The HOTTIE on the left got a score of 9.6! Click here to MEET or RATE her!

April 27, 2008 at 12:30am

**RECENT ACTIVITY**

James and Kate McKinley are now friends. · Add Kate as Friend
James and Jovan Carrasco are now friends. · Add Jovan as Friend
2 more similar stories

**RECENT ACTIVITY**

James and Marissa Marie are now friends. · Add Marissa as Friend
James and Ksenia Kolesnikova are now friends. · Add Ksenia as Friend
11 more similar stories

**James A D'Cruz** bought Rod D&#039;Angelo for $640 



Click here to buy and sell your friends! 

April 16, 2008 at 11:32pm

**James A D'Cruz** bought Erick Capulong for $1261 

Click here to buy and sell your friends! 

April 16, 2008 at 10:20pm

**James A D'Cruz** found someone interesting on Are You Interested?! 

See who has clicked 'YES' on YOU! 

April 16, 2008 at 12:13am

**James A D'Cruz** found someone interesting on Are You Interested?! 

See who has clicked 'YES' on YOU! 

April 16, 2008 at 12:13am

**James A D'Cruz** found someone interesting on Are You Interested?! 

See who has clicked 'YES' on YOU!

April 16, 2008 at 12:12am

**James A D'Cruz** Update! Top Friends News from James A D'Cruz! 

**Chat (Offline)**

Facebook © 2010 · English (US)

About · Advertising · Developers · Careers · Privacy · Terms · Help

James has updated his Top Friends! Click here to see his new Top Friends!

 April 13, 2008 at 10:42pm

**James A D'Cruz** Update! Top Friends News from James A D'Cruz!

James has updated his Top Friends! Click here to see his new Top Friends!

 April 13, 2008 at 10:41pm

**James A D'Cruz** has been using Hug Me

 James D'Cruz hugged 1 friend. Bite, give vampire bite to or do something to James D'Cruz...Or do something to your friends!

April 13, 2008 at 10:41pm

**RECENT ACTIVITY**

James and Jesse Slay are now friends. · Add Jesse as Friend

**James A D'Cruz** added the Sweetest Person Contest application.

 April 13, 2008 at 10:36pm

**James A D'Cruz** helped a cause

James joined Bring Back Hacky Sack. 19 members · $0 raised

 April 13, 2008 at 10:35pm

**RECENT ACTIVITY**

James and Melissa Dang are now friends. · Add Melissa as Friend

James and Marii Malagayo are now friends.

4 more similar stories

James joined the group I actually listen to all the music on my iPod! · Join this Group

James joined the Lubbock High School network.

James changed his Education Info.

**James A D'Cruz** has added MindJolt Games.

  Play over 150 games! With MindJolt Games you can play any of the Arcade, Puzzle, Strategy and Sports games for free. Challenge your friends or play by yourself.

December 27, 2007 at 8:50pm

**RECENT ACTIVITY**

James joined Facebook.

Chat (Offline)