IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

|  |  |
|---|---|
| JAMES D'CRUZ, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN MCCRAW, in his official capacity as Director of the Texas Department of Public Safety, et al., <br><br> Defendants. | Case No. 5:10-cv-00141-C <br> Judge Sam R. Cummings |

## APPENDIX TO REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO ADD PARTIES AS PARTY-PLAINTIFFS

Respectfully submitted,

s/ Fernando M. Bustos
Fernando M. Bustos
State Bar No. 24001819
Zane J. Vaughn
State Bar No. 24042087
LAW OFFICES OF FERNANDO M. BUSTOS, P.C.
P.O. Box 1980
Lubbock, TX 79408-1980
Tel: (806) 780-3976
Fax: (806) 780-3800
Email: fbustos@bustoslawfirm.com

s/ Charles J. Cooper
Charles J. Cooper*
David H. Thompson*
Peter A. Patterson*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
Email: ccooper@cooperkirk.com
*Admitted *pro hac vice*.

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| REBEKAH JENNINGS; BRENNAN HARMON; ANDREW PAYNE; NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES; KENNETH E. MELSON, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives; ERIC HOLDER, in his official capacity as Attorney General of the United States, <br><br> Defendants. | Case No. 5:10-cv-00140-C |

## DECLARATION OF ALICE CHAVEZ

STATE OF TEXAS §
§
COUNTY OF LUBBOCK §

"I, ALICE CHAVEZ, make the following declaration pursuant to 28 U.S.C. § 1746.

"I am a counselor at Lubbock High School. I personally knew James D'Cruz ("James") while he was a student at Lubbock High School. During my personal experiences with James I found him to be respectful, well mannered, polite, and cordial. James was a responsible student, and I do not recall him having any disciplinary issues while he was a student at Lubbock High School. I personally wrote letters of recommendation on behalf of James.

"I declare under penalty of perjury that the foregoing is true and correct."

EXECUTED on the 23 day of March, 2011.

*Alice Chavez*
ALICE CHAVEZ

DECLARATION OF ALICE CHAVEZ                                    PAGE 1 OF 1

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| REBEKAH JENNINGS; BRENNAN HARMON; ANDREW PAYNE; NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES; KENNETH E. MELSON, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives; ERIC HOLDER, in his official capacity as Attorney General of the United States,<br><br>Defendants. | Case No. 5:10-cv-00140-C |

## DECLARATION OF DOYLE VOGLER

STATE OF TEXAS § 
 § 
COUNTY OF LUBBOCK § 

"I, DOYLE VOGLER, make the following declaration pursuant to 28 U.S.C. § 1746.

"I am a former principal of Lubbock High School. I am currently the Associate Superintendent for Teaching & Learning, Quadrants 1 & 2, for the Lubbock Independent School District. During my tenure as principal of Lubbock High School, I personally knew James D'Cruz ("James") while he was a student. During my personal experiences with James, I found him to be positive and trustworthy. In my personal opinion, James exhibited a higher degree of trustworthiness than his peers. James was also well-mannered, polite and respectful of others. I do not recall James having any disciplinary issues while he was a student at Lubbock High School.

"I declare under penalty of perjury that the foregoing is true and correct."

EXECUTED on the _23_ day of ___March___, 2011.

_____
DOYLE VOGLER

## **CERTIFICATE OF SERVICE**

On April 26, 2011, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

                                                                  s/ Charles J. Cooper
                                                                   Charles J. Cooper