IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JAMES D'CRUZ; NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., AMERICA, INC., ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 5:10-cv-00141-C<br>Judge Sam R. Cummings |
| STEVEN MCCRAW, in his official capacity as Director of the Texas Department of Public Safety, ) ) ) ) | |
| Defendant. ) ) | |

### PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs hereby oppose Defendant's (the State's) Motion for Summary Judgment. For the reasons set forth in the brief supporting this response, the State has failed to establish that its laws restricting 18-to-20-year-olds' right to carry handguns are constitutional. Indeed, our response brief and summary judgment brief demonstrate that this Court should enter summary judgment for Plaintiffs. For these reasons, the State's summary judgment motion should be denied.

Dated June 6, 2011                              Respectfully submitted,

                                                                    s/Charles J. Cooper
Fernando M. Bustos                       Charles J. Cooper*
State Bar No. 24001819                David H. Thompson*
LAW OFFICES OF FERNANDO M. BUSTOS,   Peter A. Patterson*

1

P.C.  
P.O. Box 1980  
Lubbock, TX 79408-1980  
Tel: (806) 780-3976  
Fax: (806) 780-3800  
Email: fbustos@bustoslawfirm.com

COOPER & KIRK, PLLC  
1523 New Hampshire Ave., NW  
Washington, D.C.  20036  
Tel: (202) 220-9600  
Fax: (202) 220-9601  
Email: ccooper@cooperkirk.com

Brian Koukoutchos*  
28 Eagle Trace  
Mandeville, LA 70471  
Tel:  (985) 626-5052  
Email:  bkoukoutchos@gmail.com

*Admitted *pro hac vice*.

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

On June 6, 2011, I electronically submitted the foregoing document with the clerk of court for the U.S. District, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

s/ Charles J. Cooper
Charles J. Cooper