IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| REBEKAH JENNINGS; BRENNAN HARMON; ANDREW PAYNE; NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN MCCRAW, in his official capacity as Director of the Texas Department of Public Safety, <br><br> Defendant. | Case No. 5:10-cv-00141-C <br> Judge Sam R. Cummings |

## PLAINTIFFS' CONSENT MOTION FOR A CONTINUANCE

**COME NOW** the Plaintiffs, Rebekah Jennings, Brennan Harmon, Andrew Payne, and the National Rifle Association of America, Inc. (NRA), and pursuant to Local Rule 40.1 move the Court for a continuance of the scheduled date of trial in this matter to October 17, 2011. In support of this motion, Plaintiffs state as follows:

### BACKGROUND

1. On January 4, 2011, the Court issued a pretrial notice and order scheduling this matter for trial on August 15, 2011. *See* Doc. No. 40. That Order also establishes a deadline of 21 days before the scheduled trial date (currently July 25, 2011) for the parties to complete various tasks, including exchanging exhibits and preparing and filing a proposed pretrial order, proposed findings of fact and conclusions of law, and trial briefs. *Id*.

2. When the Court issued its scheduling order on January 4, the discovery deadline was set for May 16, 2011. *See* Doc. No. 36.

3. On March 28, 2011, Plaintiffs filed a motion to file a second amended complaint, withdraw original plaintiff James D'Cruz from the case, and add Rebekah Jennings, Brennan Harmon, and Andrew Payne as plaintiffs. *See* Doc. No. 44 (Motion to Amend).

4. On May 16, 2011, Plaintiffs and Defendant each filed a motion for summary judgment. *See* Doc. Nos. 52, 56. The parties completed briefing the motions with the filing of their responses on June 6. *See* Doc. Nos. 62, 63. The parties' summary judgment motions remain pending, as does Plaintiffs' request for oral argument on their motion.

5. The Court granted Plaintiffs' Motion to Amend on July 6, 2011, and on July 11 Plaintiffs filed their second amended complaint. *See* Doc. Nos. 65, 66. In granting the motion, the Court recognized "that the main issues of this case appear to be matters of law and not matters of fact." Doc. No. 65 at 3. The Court also extended the discovery deadline by 20 days from the date of its order, *id.* at 4, *i.e.*, to July 26.

**ARGUMENT**

6. Trial on this matter is set to begin on August 15, 2011. We respectfully submit that this date should be continued to October 17, 2011 (a continuance of 63 days). As an initial matter, under the current schedule, the parties' pretrial obligations to, among other things, prepare proposed findings of fact, exchange trial exhibits, and file a proposed pretrial order must be completed by July 25, yet discovery is not set to close until July 26. A continuance will give the parties time following the close of discovery to complete these pretrial obligations. Twenty-one days prior to October 17 is September 26, which means that under Plaintiffs' proposed trial date the parties will have two months after the close of discovery to do so. This Court's order

2

setting trial for August 15 contemplated giving the parties even more time, from May 16 (when discovery was then set to close) to July 25 (twenty-one days prior to August 15).

7.Furthermore, Plaintiffs and Defendant have each filed a motion for summary judgment requesting that this case be decided as a matter of law, and the Court has recognized that the "main issues of this case appear to be matters of law and not matters of fact." Doc. No. 65 at 3.  The Court's decision on the pending motions for summary judgment thus could obviate the need for a trial, and continuing the trial date will give the Court additional time before trial to consider those motions.

8.This motion is not filed for purposes of delay, but so that justice may prevail. Plaintiffs' counsel has conferred with Defendant's counsel, and Defendant consents to continuance of the trial date to October 17, 2011.

## CONCLUSION

9.For these reasons, Plaintiffs request that the Court grant their motion to continue trial in this matter to October 17, 2011.

Dated: July 14, 2011Respectfully submitted,

s/ Charles J. Cooper
Fernando M. BustosCharles J. Cooper*
State Bar No. 24001819David H. Thompson*
LAW OFFICES OF FERNANDO M. BUSTOS,Peter A. Patterson*
P.C.COOPER & KIRK, PLLC
P.O. Box 19801523 New Hampshire Ave., NW
Lubbock, TX 79408-1980Washington, D.C.  20036
Tel: (806) 780-3976Tel: (202) 220-9600
Fax: (806) 780-3800Fax: (202) 220-9601
Email: fbustos@bustoslawfirm.comEmail: ccooper@cooperkirk.com

Brian S. Koukoutchos*
28 Eagle Trace
Mandeville, LA 70471

3

            Tel:  (985) 626-5052
            Email:  bkoukoutchos@gmail.com

            *Admitted *pro hac vice*.

*Local Counsel for Plaintiffs*    *Counsel for Plaintiffs*

AGREED: DATED:

s/ Rebekah Jennings                               July 13, 2011
Rebekah Jennings, Plaintiff and Movant


s/ Brennan Harmon                                July 13, 2011
Brennan Harmon, Plaintiff and Movant


s/ Andrew Payne                                    July 12, 2011
Andrew Payne, Plaintiff and Movant


s/ Robert Marcario                                 July 13, 2011
Robert Marcario, on behalf of Plaintiff and Movant NRA

AGREED: DATED:

_____  7/13/11
Rebekah Jennings, Plaintiff and Movant

_____  _____
Brennan Harmon, Plaintiff and Movant

_____  _____
Andrew Payne, Plaintiff and Movant

_____  _____
Robert Marcario, on behalf of Plaintiff and Movant NRA

5

AGREED:                                                                                  DATED:

_____
Rebekah Jennings, Plaintiff and Movant


*[signature]*
_____                                              *July 13, 2011*
Brennan Harmon, Plaintiff and Movant


_____
Andrew Payne, Plaintiff and Movant


_____
Robert Marcario, on behalf of Plaintiff and Movant NRA

5

AGREED:                                                                                          DATED:


_____                                            _____
Rebekah Jennings, Plaintiff and Movant


_____                                            _____
Brennan Harmon, Plaintiff and Movant


*Andrew Payne* (signature)                                                                      *July 12, 2011*
_____                                            _____
Andrew Payne, Plaintiff and Movant


_____                                            _____
Robert Marcario, on behalf of Plaintiff and Movant NRA

AGREED: DATED:

_____ _____
Rebekah Jennings, Plaintiff and Movant

_____ _____
Brennan Harmon, Plaintiff and Movant

_____ _____
Andrew Payne, Plaintiff and Movant

*/s/ Robert Marcario*                        7/13/11
_____ _____
Robert Marcario, on behalf of Plaintiff and Movant NRA

5

## CERTIFICATE OF CONFERENCE

On July 7, 2011 Plaintiffs' counsel conferred with Defendant's counsel regarding this motion. Defendant's counsel stated that Defendant consents to continuance of the trial date to October 17, 2011.

s/ Charles J. Cooper<br>
Charles J. Cooper

## CERTIFICATE OF SERVICE

On July 14, 2011, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

s/ Charles J. Cooper<br>
Charles J. Cooper