**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | |
|---|---|
| REBEKAH JENNINGS; BRENNAN HARMON; ANDREW PAYNE; NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>STEVEN MCCRAW, in his official capacity as Director of the Texas Department of Public Safety, <br><br>　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>Case No. 5:10-cv-00141-C <br>Judge Sam R. Cummings |

**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR A CONTINUANCE**

Came on this day Plaintiffs' Motion for a Continuance, and the Court is of the opinion that the motion should be **GRANTED**.

It is therefore **ORDERED** that the scheduled date for trial in this case is continued to October 17, 2011.

SIGNED this _____ day of _____, 2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SAM R. CUMMINGS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE