IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| REBEKAH JENNINGS; BRENNAN HARMON; ANDREW PAYNE; NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| STEVEN McCRAW, in his official capacity as Director of the Texas Department of Public Safety, | ) ) ) ) |
| Defendant. | ) Civil Action No. 5:10-CV-141-C |

## ORDER

The Court having considered Plaintiffs' Consent Motion for a Continuance, filed July 14, 2011, is of the opinion that the same should be **GRANTED** to the extent that trial is continued to November 7, 2011.  All other relief requested is **DENIED**.

SO ORDERED.

Dated July 15, 2011.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE