IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| REBEKAH JENNINGS; BRENNAN HARMON; ANDREW PAYNE; NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN MCCRAW, in his official capacity as Director of the Texas Department of Public Safety, <br><br> Defendant. | Civil Action No. 5:10-CV-141-C |

### AGREED MOTION TO STAY PRE-TRIAL DEADLINES

TO THE HONORABLE SAM R. CUMMINGS, UNITED STATES DISTRICT JUDGE PRESIDING:

**I.**

**PROCEDURAL HISTORY**

Plaintiffs REBEKAH JENNINGS, BRENNAN HARMON, ANDREW PAYNE and NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., and Defendant, STEVEN McCRAW, in his official capacity as Director of the Texas Department of Public Safety, file this Agreed Motion to Stay Pre-Trial Deadlines, and respectfully would show the Court as follows:

The Complaint in this civil action was filed on September 8, 2010. The Court entered a Scheduling Order on November 24, 2010 (Docket #31) which stated that no discovery would proceed at that time, but allowed the parties to file a motion to request discovery if a need arose.

*Id*. On December 14, 2010, Defendant filed an emergency motion to amend the Scheduling Order to permit discovery (Docket #34). The Court granted the Order on December 16, 2010 (Docket #36), ordering that discovery must be completed by 3:00 p.m. on May 16, 2011. By Order dated January 4, 2011 (Docket #40), the Court set this case for a bench trial on August 15, 2011.

On July 14, 2011, Plaintiffs filed a Consent Motion (Docket #68) for continuance of the trial setting. On July 15, 2011, the Court granted the Motion (Docket #69) and continued the trial date to November 7, 2011, but did not extend any other pre-trial deadlines.

## II.

### RELIEF REQUESTED

The parties respectfully request that the Court stay all pre-trial deadlines in this case until the Court renders an opinion on the parties' respective Motions for Summary Judgment which are pending before the Court. On September 29, 2011, the Court entered Judgment in Civil Action No. 5:10-CV-140-C, *Jennings, et al v. Bureau of Alcohol, Tobacco, Firearms, and Explosives, et al*, which is a companion case to the instant lawsuit. The parties in the instant case anticipate that the Court will probably rule on the pending Motions for Summary Judgment soon, and respectfully request that the Court stay pre-trial deadlines in this case to preserve resources and avoid potentially unnecessary filings with the Court to prepare for the November 7, 2011 trial date.

This Motion is not brought for purposes of delay, but rather so that justice may be done.

Respectfully submitted,

s/ Fernando M. Bustos
Fernando M. Bustos
State Bar No. 24001819
Aaron M. Pier
State Bar No. 24041694
LAW OFFICES OF FERNANDO M. BUSTOS, P.C.
P.O. Box 1980
Lubbock, TX 79408-1980
Tel: (806) 780-3976
Fax: (806) 780-3800
Email: fbustos@bustoslawfirm.com

*Local Counsel for Plaintiffs*

s/ Charles J. Cooper
Charles J. Cooper*
David H. Thompson*
Peter A. Patterson*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C.   20036
Tel: (202) 220-9600
Fax: (202) 220-9601
Email: ccooper@cooperkirk.com

Brian S. Koukoutchos*
28 Eagle Trace
Mandeville, LA 70471
Tel: (985) 626-5052
Email: bkoukoutchos@gmail.com

*Admitted *pro hac vice*.

*Counsel for Plaintiffs*


GREG ABBOTT
Texas Attorney General

DANIEL T. HODGE
First Assistant Attorney General

BILL COBB
Deputy Attorney General for Civil Litigation

DAVID C. MATTAX
Director of Defense Litigation

ROBERT B. O'KEEFE
Chief, General Litigation Division

s/ Drew L. Harris
DREW L. HARRIS
Texas Bar No. 24057887
Assistant Attorneys General

3

Texas Attorney General's Office
General Litigation Division
P.O. Box 12548, Capital Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX
drew.harris@oag.state.tx.us

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

     On October 6, 2011, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal rule of Civil Procedure 5 (b)(2).

                                 s/ Fernando M. Bustos
                                 Fernando M. Bustos