IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| REBEKAH JENNINGS; BRENNAN HARMON; ANDREW PAYNE; NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., <br><br>Plaintiffs, <br><br>v. <br><br>STEVEN MCCRAW, in his official capacity as Director of the Texas Department of Public Safety, <br><br>Defendant. | Civil Action No. 5:10-CV-141-C |

## ORDER GRANTING MOTION TO STAY PRE-TRIAL DEADLINES

Came on this day Plaintiffs' and Defendant's Agreed Motion to Stay Pre-Trial Deadlines, and the Court is of the opinion that the motion should be **GRANTED.**

It is therefore **ORDERED** that the pre-trial deadlines are stayed pending further order of this Court.

SIGNED this 6th day of October, 2011.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE

1

AGREED:

s/ Fernando M. Bustos
Fernando M. Bustos
State Bar No. 24001819
Aaron M. Pier
State Bar No. 24041694
LAW OFFICES OF FERNANDO M. BUSTOS, P.C.
P.O. Box 1980
Lubbock, TX 79408-1980
Tel: (806) 780-3976
Fax: (806) 780-3800
Email: fbustos@bustoslawfirm.com

*Local Counsel for Plaintiffs*

s/ Charles J. Cooper
Charles J. Cooper*
David H. Thompson*
Peter A. Patterson*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C.  20036
Tel: (202) 220-9600
Fax: (202) 220-9601
Email: ccooper@cooperkirk.com

Brian S. Koukoutchos*
28 Eagle Trace
Mandeville, LA 70471
Tel: (985) 626-5052
Email: bkoukoutchos@gmail.com

*Admitted *pro hac vice*.

*Counsel for Plaintiffs*


GREG ABBOTT
Texas Attorney General

DANIEL T. HODGE
First Assistant Attorney General

BILL COBB
Deputy Attorney General for Civil Litigation

DAVID C. MATTAX
Director of Defense Litigation

ROBERT B. O'KEEFE
Chief, General Litigation Division

s/ Drew L. Harris
DREW L. HARRIS
Texas Bar No. 24057887
Assistant Attorneys General
Texas Attorney General's Office

2

General Litigation Division
P.O. Box 12548, Capital Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX
drew.harris@oag.state.tx.us

*Counsel for Defendant*