IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| REBEKAH JENNINGS; BRENNAN HARMON; ANDREW PAYNE; NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| STEVEN McCRAW, in his official capacity as Director of the Texas Department of Public Safety, | ) ) ) ) |
| Defendant. | ) Civil Action No. 5:10-CV-141-C |

## ORDER

The trial scheduled for November 7, 2011, is continued to February 6, 2012, in accordance with the Court's Pretrial Notice and Order of even date.

SO ORDERED.

Dated October 19, 2011.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE