**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | |
|---|---|
| REBEKAH JENNINGS; BRENNAN HARMON; ANDREW PAYNE; NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN MCCRAW, in his official capacity as Director of the Texas Department of Public Safety, <br><br> Defendant. | Civil Action No. 5:10-CV-141-C |

**AGREED MOTION TO STAY PRE-TRIAL DEADLINES**

TO THE HONORABLE SAM R. CUMMINGS, UNITED STATES DISTRICT JUDGE PRESIDING:

Plaintiffs REBEKAH JENNINGS, BRENNAN HARMON, ANDREW PAYNE and NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., and Defendant, STEVEN MCCRAW, in his official capacity as Director of the Texas Department of Public Safety, file this Agreed Motion to Stay Pre-Trial Deadlines, and respectfully would show the Court as follows:

**I.**

**PROCEDURAL HISTORY**

1

The Complaint in this civil action was filed on September 8, 2010. By Order dated January 4, 2011 (Docket #40), the Court set this case for a bench trial on August 15, 2011. On July 14, 2011, Plaintiffs filed a Consent Motion (Docket #68) for continuance of the trial setting. On July 15, 2011, the Court granted the Motion (Docket #69) and continued the trial date to November 7, 2011.

On October 6, 2011, Plaintiffs filed an Agreed Motion (Docket #72) on behalf of the parties for a stay of all pre-trial deadlines pending the Court's disposition of the parties' summary judgment motions. That same day, the Court granted the parties' motion, ordering that "the pretrial deadlines are stayed pending further order of this court." (Docket #73.)

On October 19, 2011, the Court issued an Order (Docket #75) continuing trial from November 7, 2011 to February 6, 2012. It also issued a Pretrial Notice and Order (Document #74) reflecting this new trial date and establishing deadlines for tasks to be completed before trial – tasks that generally are required to be completed at least 21 days prior to trial, *i.e.* by January 16, 2012.

The parties' summary judgment motions remain pending before the Court. On October 20, 2011, the Court issued an Order (Docket #76) requesting additional briefing. The parties completed that briefing on November 21, 2011 (*see* Docket ##77-78).

## II.

## **RELIEF REQUESTED**

The parties respectfully request that the Court stay all pre-trial deadlines in this case pending further order of the Court. The situation today is much the same as it was when the parties filed, and the Court granted, the prior stay motion, as the Court's ruling on the pending

summary judgment motions may eliminate the need for a trial. The parties again note that on September 29, 2011, the Court granted summary judgment for defendants and entered Judgment in Civil Action No. 5:10-CV-140-C, *Jennings, et al v. Bureau of Alcohol, Tobacco, Firearms, and Explosives, et al*, which is a companion case to the instant lawsuit. The parties thus respectfully request that the Court stay all pre-trial deadlines in this case to preserve resources and avoid potentially unnecessary filings with the Court to prepare for the February 6, 2012 trial date.

      This Motion is not brought for purposes of delay, but rather so that justice may be done.

Dated: January 5, 2012                                      Respectfully submitted,

| | |
|---|---|
| s/ Fernando M. Bustos | s/ Charles J. Cooper |
| Fernando M. Bustos | Charles J. Cooper* |
| State Bar No. 24001819 | David H. Thompson* |
| Aaron M. Pier | Peter A. Patterson* |
| State Bar No. 24041694 | COOPER & KIRK, PLLC |
| LAW OFFICES OF FERNANDO M. BUSTOS, P.C. | 1523 New Hampshire Ave., NW |
| P.O. Box 1980 | Washington, D.C. 20036 |
| Lubbock, TX 79408-1980 | Tel: (202) 220-9600 |
| Tel: (806) 780-3976 | Fax: (202) 220-9601 |
| Fax: (806) 780-3800 | Email: ccooper@cooperkirk.com |
| Email: fbustos@bustoslawfirm.com | |
| | Brian S. Koukoutchos* |
| *Local Counsel for Plaintiffs* | 28 Eagle Trace |
| | Mandeville, LA 70471 |
| | Tel: (985) 626-5052 |
| | Email: bkoukoutchos@gmail.com |
| | |
| | *Admitted pro hac vice*. |

*Counsel for Plaintiffs*

3

GREG ABBOTT
Texas Attorney General

DANIEL T. HODGE
First Assistant Attorney General

BILL COBB
Deputy Attorney General for Civil Litigation

DAVID C. MATTAX
Director of Defense Litigation

ROBERT B. O'KEEFE
Chief, General Litigation Division

s/ Drew L. Harris
DREW L. HARRIS
Texas Bar No. 24057887
Assistant Attorney General
Texas Attorney General's Office
General Litigation Division
P.O. Box 12548, Capital Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX
drew.harris@oag.state.tx.us

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

On January 5, 2012, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal rule of Civil Procedure 5 (b)(2).

s/ Charles J. Cooper
Charles J. Cooper

4