IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| REBEKAH JENNINGS; BRENNAN HARMON; ANDREW PAYNE; NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., | § § § § § | |
| Plaintiffs, | § § | Case No. 5:10-cv-00141-C |
| v. | § § | Judge Sam R. Cummings |
| STEVEN MCCRAW, in his official capacity as Director of the Texas Department of Public Safety, | § § § § § | |
| Defendant. | § | |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Rebekah Jennings, Brennan Harmon, Andrew Payne, and National Rifle Association of America, Inc., appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this cause on January 19, 2012, and all adverse rulings subsumed therein.

Dated: January 23, 2012

Fernando M. Bustos
Texas Bar No. 24001819
LAW OFFICES OF FERNANDO
  M. BUSTOS, P.C.
1001 Main Street, Suite 501
Lubbock, TX 79401
Phone (806) 780-3976
Fax (806) 780-3800
*Local Counsel for Plaintiffs*

Respectfully submitted,

s/ Charles J. Cooper
Charles J. Cooper*
David H. Thompson*
Peter A. Patterson*
COOPER & KIRK, PLLC
1523 New Hampshire, Ave. NW
Washington, DC 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
Email: ccooper@cooperkirk.com

>Brian S. Koukoutchos*
>28 Eagle Trace
>Mandeville, LA  70471
>Tel. (985) 626-5052
>Email: bkoukoutchos@gmail.com
>* Admitted *pro hac vice*.
>
>*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

On January 23, 2012, I electronically submitted the foregoing document to the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).


>s/ Charles J. Cooper
>Charles J. Cooper